**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **I.C.S. Customs Service Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  ICS Worldwide** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3658791** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1099 Morse Ave.**<br>**Elk Grove Village, IL 60007**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **icsworldwide.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **I.C.S. Customs Service Inc.**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **I.C.S. Customs Service Inc.**    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **I.C.S. Customs Service Inc.** _____ Case number (*if known*)_____
    <sub>Name</sub>

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor    **I.C.S. Customs Service Inc.**        Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2021**
MM / DD / YYYY

**X**   **/s/ William Sharpe**        **William Sharpe**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ SCOTT R. CLAR**        Date   **October 25, 2021**
Signature of attorney for debtor        MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**        Email address   **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

Debtor　I.C.S. Customs Service Inc.　　　　　　　　　　　Case number (if known) _____
　　　　　Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　10/25/2021
　　　　　　　MM / DD / YYYY

X /s/ William Sharpe　　　　　　　　　　　William Sharpe
Signature of authorized representative of debtor　Printed name

Title　President

**18. Signature of attorney**

X /s/ Scott R. Clar　　　　　　　　　　　　Date　10/25/2021
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

SCOTT R. CLAR
Printed name

Crane, Simon, Clar & Goodman
Firm name

Suite 3950
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone　312-641-6777　　　Email address　sclar@cranesimon.com

06183741 IL
Bar number and State

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 4

Fill in this information to identify the case:

Debtor name: **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AIF Global Logistics Co Ltd<br>23 Fl., Room 2202,<br>No. 322 Xianxia<br>Shanghai 200336 | | | | | | $31,916.94 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | | | | | | $13,667.47 |
| Around the Clock Transport, Inc.<br>217-44A, 98th Avenue<br>Queens Village, NY 11429 | | | | | | $26,555.00 |
| Atlantic Freight Ltd.<br>Unit 1 Park Road,<br>Business Centre,<br>Park Road Bacup,<br>Lancashire<br>LAN OL130BW, GB | | | | | | $63,182.21 |
| Bharat Logistics Solutions PVT LTD<br>612 Phjith Plaza, Sector 11<br>C.B.D. Belepur,<br>Navi, Mumbai<br>FN, 400 614, IN | | | | | | $35,534.24 |
| CPL Express Inc.<br>5904A Warner Ave #263<br>Huntington Beach, CA 92648-9468 | | | | | | $36,325.25 |
| Custom Companies<br>317 W. Lake St.<br>Northlake, IL 60164 | | | | | | $35,655.89 |

| Debtor | I.C.S. Customs Service Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| D&A Express LLC<br>341 Barclay Road<br>Newport News, VA 23606 | | | | | | $24,500.00 |
| Dimerco Express<br>301 N. Oak Street<br>Inglewood, CA 90302 | | | | | | $34,085.36 |
| Express Logistics Group<br>2200 S Main St., #217D<br>Lombard, IL 60148 | | | | | | $14,726.35 |
| Freight Management, Inc.<br>739 E. North Ave.<br>Glendale Heights, IL 60139 | | | | | | $15,325.00 |
| Honour Lane Shipping Ltd- Hong Kong<br>Room 1501, 15/Fl, Tower 2, Nina Twr<br>8 Yeung UK Rd., Tseun Wan,<br>FN, HK | | | | | | $23,949.09 |
| ITG Transportation Services, Inc.<br>1500 Eisenhower Ln, #100<br>Lisle, IL 60532 | | | | | | $21,710.06 |
| New Marine Consolidator Co., Ltd.<br>9F-3, No. 181 Fushinn Road<br>Taipei<br>Taiwan R.O.C. | | | | | | $13,800.00 |
| Premier Intermodal, Inc.<br>Attn: George<br>2380 S. Halsted St.<br>Chicago, IL 60608 | | | | | | $39,023.36 |
| Screaming Eagle Cartage, Inc.<br>Attn: Steve<br>1099 Morse Ave.<br>Elk Grove Village, IL 60007 | | | | | | $19,897.74 |

Debtor **I.C.S. Customs Service Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shanghai Supreme Int'l Freight** 558 Daming Road, Hongkou District Shanghai China | | | | | | $1,567,466.15 |
| **Silver Freight Logistic S.R.L.** Segui 4646 Piso Buenos Aires Argentina | | | | | | $67,813.56 |
| **US Customs and Border Protection** 5600 Pearl St. Rosemont, IL 60018 | | | | | | $3,200,000.02 |
| **Wanda International Logistics Co** 2F-1, NO. 351, Yang Guang St., Neihu Dist, Taipei Tiawan 11491 | | | | | | $98,850.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **I.C.S. Customs Service Inc.**  Case No.
Debtor(s)  Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **95**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 25, 2021**     **/s/ William Sharpe**
**William Sharpe**/**President**
Signer/Title

10/25/21 3:48PM

# United States Bankruptcy Court
## Northern District of Illinois

In re: I.C.S. Customs Service Inc.
Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **95**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 10/25/21

William Sharpe/President
Signer/Title

Accelerated Trucking
PO Box 116092
Atlanta, GA 30368

AIF Global Logistics Co Ltd
23 Fl., Room 2202, No. 322 Xianxia
Shanghai 200336

AIF Global Logistics Co., Ltd -
Room 22F-C, Huanhai Mansion, No. 2
Dong Hai Middle Rd.
Quingdao, CN

AIF Global Logistics Co., Ltd.
Chengdu Branch

Air Int'l Freight Co. Ltd - Taipei
RM A2, 17F, No 497
Zhongming S. Rd., West DIst
Taipei, Taiwan

Alessandra Cargo SRL
Via Chiesanuova 33
Monterubbiano
Italy 63825

All Covered Inc.
304 MLK Jr. Dr.
Fort Valley, GA 31030

All Good Logistics Inc.
13 W, Main Street
Bensenville, IL 60106

American Express
Box 0001
Los Angeles, CA 90096-0001

Around the Clock Transport, Inc.
217-44A, 98th Avenue
Queens Village, NY 11429

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Atlantic Freight Ltd.
Unit 1 Park Road, Business Centre,
Park Road Bacup, Lancashire
LAN OL130BW, GB

Atlas Group
Aleje Jerozolimskie 85/21
Warsaw
PL 03022

Barr Freight System Inc - K737
505 W Crossroads Pkwy
Bolingbrook, IL 60440

Bharat Logistics Solutions PVT LTD
612 Phjith Plaza, Sector 11
C.B.D. Belepur, Navi, Mumbai
FN, 400 614, IN

Bluemoon Logistics Pvt Ltd
B-56A Second Fl, Sector 7
Noida, FN
201 301, IN

Bronco Logistics, LLC
HWY 66W & Allen Circle
Cadiz, KY 42211

BS Cargo S.C.S. SRL
Via Falcone 158 - 159
Concesio (BS)
CS 25062, IT

Buckland
73 Gaylord Rd.
St. Thomas
Ontario N5P3R9

Card Member Services
PO Box 6294
Carol Stream, IL 60197

Cargo Network Services Corp
703 Waterfront Way, #600
Miami, FL 33126

Cargoline Express, Inc.
369 Haynes Drive
Wood Dale, IL 60191

Casia Global Logistics Co., Ltd.
No 861 Tong Yi Rd
Hangzhou City
China 31000

Chicas & Co. Logistics Inc.
14901 Adelfa Drive, #174
La Mirada, CA 90638

Ciro Trucking, Inc.
1550 Seaward St.
Schaumburg, IL 60193

City Haul Inc.
633 S. Plymouth Ct.
Chicago, IL 60605

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Commercial Transport International
39 Stringham Ave.
Valley Stream, NY 11580

Core Trucking of Texas, Inc.
PO Box 701
La Porte, TX 77572

Express Logistics Group
22 E. Sumac St., #100
Lombard, IL 60148

Gateway Cargo Systems GMBH
Langer Kornweg 34A
Kelsterbach,
HE 65451, DE


CPL Express Inc.
5904A Warner Ave #263
Huntington Beach, CA 92648-9468

FCL Logistics II
1130 East 230th Street
Carson, CA 90745

Griley Air Freight
PO Box 92940
Los Angeles, CA 90009


Custom Companies
317 W. Lake St.
Northlake, IL 60164

FedEx Freight
PO Box 94515
Palatine, IL 60094-5042

Groot, Inc.
A Waste Connections Company
PO Box 535233
Pittsburgh, PA 15253-5233


D&A Express LLC
341 Barclay Road
Newport News, VA 23606

Fields Inc Trucking Services
2200 Broening Hwy, #238
Baltimore, MD 21224

Harrington Trucking Inc.
510 S Delong St.
San Francisco, CA 94104


Demar Logistinc, Inc.
376 E. Lies Road
Carol Stream, IL 60188

Fordpointer Shipping;(Shenzhen) Co.
RM1602/03 Citic Bank Mansion No.36
Zhenming Rd.,
Ningbo 330100, CN

Hency Transporation Inc.
8933 S. La Cienega Blvd.
Inglewood, CA 90301


Dimerco Express
301 N. Oak Street
Inglewood, CA 90302

Forward Air
250 Wille Rd.
Des Plaines, IL 60018

Honour Lane Shipping Ltd- Hong K
Room 1501, 15/Fl, Tower 2, Nina Tw
8 Yeung UK Rd., Tseun Wan,
FN, HK


E2E Logistics Solutions
C Cobalto
60 Barcelona 8940
ES

Forward Air Inc.
Department #888155
Knoxville, TN 37995

ICS Customs Service, Inc. (HK)
45 Hung to Road Unit C1
SF Wang Kwong Industrial Building
Kwun Tong, Kowloon, HK


Edgewood Partners Insurance Center
PO Box 415985
Boston, MA 02241

Freight Force Inc.
PO Box 1058
La Mirada, CA 90637

ICS Worldwide Limited
Unit C1, 5/F, Wang Kwong Ind Bldg
Hong Kong
HK


Elk Grove Village
901 Wellington Ave
Elk Grove Village, IL 60007-3499

Freight Management, Inc.
739 E. North Ave.
Glendale Heights, IL 60139

ITG Transportation Services, Inc.
1500 Eisenhower Ln, #100
Lisle, IL 60532


Expert Trucking
PO Box 5125
Downey, CA 90241

Frontline Transportation
801 Lunt Ave.
Elk Grove Village, IL 60007

Jeff Foster Trucking Inc.
313 Winter Street
Superior, WI 54880

John Fayard Moving & Warehousing
PO Box 2189
Gulfport, MS 39505

33 Coliseum
Plainfield, IN 46168

SMG Security Holdings LLC
PO Box 775520
Chicago, IL 60677-5520

K&S Enterprises
1700 N. Jackson St.
Kansas City, MO 64120

Pearl Logistics Co., Ltd.
177/1 Bangkok Union Insurance Bldg
9th Fl Unit 4, S. Bangkok
Thailand 10500

SMG Security Systems, Inc.
PO Box 775520
Chicago, IL 60677-5520

Land Air Express, Inc.
PO Box 2250
Bowling Green, KY 42102

Premier Intermodal, Inc.
Attn: George
2380 S. Halsted St.
Chicago, IL 60608

Spectrum Business
Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

Limamar Air and Sea Services Co Ltd
Istiklal Caddesi No. 56-58
Huseyinaga Mah, Tarlabasi
Marmara 34435

Pronto Freightways Inc.
PO Box 1759
Taylor, MI 48180

Sutton Transport
PO Box 78425
Milwaukee, WI 53278

Marubeni Transport Services Corp.
85 W. Algonquin Rd., #170
Arlington Heights, IL 60005

R&M Trucking Co.
600 N. Thomas Drive
Bensenville, IL 60106

Teddy's Transport
930 Interchange Drive
Holland, MI 49423

Midwest Express Co.
1660 Wall Street
Mount Prospect, IL 60056

Screaming Eagle Cartage, Inc.
Attn: Steve
1099 Morse Ave.
Elk Grove Village, IL 60007

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

New Marine Consolidator Co., Ltd.
9F-3, No. 181 Fushinn Road
Taipei
Taiwan R.O.C.

Seabridge Global Logistics
Unit 1 130 Fison Avenue
W. Eagle Farm
Australia

Todd Transit
PO Box 5344
Rockford, IL 61125

New Transport Milan
Via 4 Novembre 16 - 18
Novate, MI 20028
IT

Shah-E-Karam Shipping Agencies
Shahra-E-Faisel
Karachi
Pakistan 74400

Transatlantic North America Inc.
Attn: Peter Weinberger
1361 N Wood Dale Rd.
Wood Dale, IL 60191

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Shanghai Supreme Int'l Freight
558 Daming Road, Hongkou District
Shanghai
China

Transportation Services Int'l
Attn: Rick Harty
1600 Lower Rd., #4
Linden, NJ 07036

No Global Borders
287 Richmond Ste 105
Toronto
Ontario M5A 1P2

Silver Freight Logistic S.R.L.
Segui 4646 Piso
Buenos Aires
Argentina

TRX Inc.
PO Box 92916
Cleveland, OH 44194

United Airlines Cargo
630 N Access Rd.
Chicago, IL 60660


Unitex Logistics Limited
1 Wang Kwong Road
Kowloon Bay
Kowloon


US Customs and Border Protection
5600 Pearl St.
Rosemont, IL 60018


Wanda International Logistics Co
2F-1, NO. 351, Yang Guang St.,
Neihu Dist, Taipel
Tiawan 11491


Water Bill, Elk Grove Village
901 Washington Ave.
Elk Grove Village, IL 60007

# United States Bankruptcy Court
## Northern District of Illinois

In re  **I.C.S. Customs Service Inc.**                                                      Case No.
                                    Debtor(s)                                                Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **I.C.S. Customs Service Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**October 25, 2021**                                                   **/s/ SCOTT R. CLAR**
Date                                                                    **SCOTT R. CLAR**
                                                                        Signature of Attorney or Litigant
                                                                        Counsel for   **I.C.S. Customs Service Inc.**
                                                                        **Crane, Simon, Clar & Goodman**
                                                                        **Suite 3950**
                                                                        **135 South LaSalle Street**
                                                                        **Chicago, IL 60603-4297**
                                                                        **312-641-6777 Fax:312-641-7114**
                                                                        **sclar@cranesimon.com**