**Fill in this information to identify the case:**

Debtor name   **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-12153**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase Bank, N.A.<br>21 N. Randall Street<br>Elk Grove Village, IL 60007 | Checking Account | 1636 | $1,631,033.98 |
| 3.2. | Chase Bank LAX<br>9133 S. LaCienega Blvd., #245,<br>Inglewood, CA 90301 | Checking Account | 7892 | $62,392.02 |
| 3.3. | Vanguard Brokerage | STP 500 Index Fund | 1173 | $34,980.41 |
| 3.4. | Vanguard Brokerage | Fuel Cell Energy | 1173 | $503.37 |
| 3.5. | Vanguard Brokerage | Money Market | 1173 | $848.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,729,757.78

| Part 2: | Deposits and Prepayments |
| --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(If known)* **21-12153** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | **9,138,267.00** | - | **1,666,327.10** | = .... | **$7,471,939.90** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **820,466.16** | - | **820,466.16** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | **$7,471,939.90** |
|---|---|

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture Cabinets** | **$75,467.00** | **Liquidation** | **$0.00** |

---

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(if known)* **21-12153** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 40. | Office fixtures | | | |
| | **Office Fixtures** | $70,527.00 | Liquidation | $0.00 |

| | | | | |
|---|---|---|---|---|
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | **Computers** | $138,806.00 | Liquidation | $21,285.00 |

| | | | | |
|---|---|---|---|---|
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **None** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | $21,285.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Honda Civic Vin 19xFC2F57GE065543** | $0.00 | KBB | $11,000.00 |

| | | |
|---|---|---|
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | Aircraft and accessories | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $11,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | I.C.S. Customs Service Inc. | Case number (If known) | 21-12153 |
| --- | --- | --- | --- |
| | Name | | |

☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **1926 Prairie Square #109, Schaumburg, IL 60173** | Own | $115,000.00 | Zillow Estimate | $115,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $115,000.00 |
| --- | --- |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | | |
| 61.    **Internet domain names and websites**<br>**www.icsworldwide.com** | | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | | |
| 64.    **Other intangibles, or intellectual property** | | | | |
| 65.    **Goodwill** | | | | |

11/15/21  4:55PM

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(If known)* **21-12153** |
|---|---|---|
| | Name | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(if known)* **21-12153** |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,729,757.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,471,939.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,285.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $115,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,233,982.68 | + 91b. $115,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,348,982.68 |

11/15/21  4:55PM

**Fill in this information to identify the case:**

Debtor name     **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     **21-12153**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-12153**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**US Customs and Border Protection**<br>**5600 Pearl St.**<br>**Rosemont, IL 60018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,908,020.00 | $3,908,020.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Duties owed to U.S .Customs** |  |  |
|  | Last 4 digits of account number **040**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
|  |  |  |  |
| 3.1 | Nonpriority creditor's name and mailing address<br>**Accelerated Trucking**<br>**PO Box 116092**<br>**Atlanta, GA 30368**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $135.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AIF Global Logistics Co Ltd**<br>**23 Fl., Room 2202, No. 322 Xianxia**<br>**Shanghai 200336**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $31,916.94 |

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | **21-12153** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,694.70 |
|---|---|---|---|

**AIF Global Logistics Co., Ltd -**
**Room 22F-C, Huanhai Mansion, No. 2**
**Dong Hai Middle Rd.**
**Quingdao, CN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.45 |
|---|---|---|---|

**AIF Global Logistics Co., Ltd.**
**Chengdu Branch**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,516.85 |
|---|---|---|---|

**Air Int'l Freight Co. Ltd - Taipei**
**RM A2, 17F, No 497**
**Zhongming S. Rd., West Dist**
**Taipei, Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,537.42 |
|---|---|---|---|

**Alessandra Cargo SRL**
**Via Chiesanuova 33**
**Monterubbiano**
**Italy  63825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.64 |
|---|---|---|---|

**All Covered Inc.**
**304 MLK Jr. Dr.**
**Fort Valley, GA 31030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |
|---|---|---|---|

**All Good Logistics Inc.**
**13 W, Main Street**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,667.47 |
|---|---|---|---|

**American Express**
**Box 0001**
**Los Angeles, CA 90096-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known)  **21-12153** |
|---|---|---|
| | Name | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,555.00 |
|---|---|---|---|

**Around the Clock Transport, Inc.**
217-44A, 98th Avenue
Queens Village, NY 11429

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AT&T**
PO Box 5080
Carol Stream, IL 60197-6463

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9676

Basis for the claim:  **Telephone**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197-6463

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,182.21 |
|---|---|---|---|

**Atlantic Freight Ltd.**
Unit 1 Park Road, Business Centre,
Park Road Bacup, Lancashire
LAN OL130BW, GB

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,615.00 |
|---|---|---|---|

**Atlas Group**
Aleje Jerozolimskie 85/21
Warsaw
PL 03022

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Barr Freight System Inc - K737**
505 W Crossroads Pkwy
Bolingbrook, IL 60440

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,534.24 |
|---|---|---|---|

**Bharat Logistics Solutions PVT LTD**
612 Phjith Plaza, Sector 11
C.B.D. Belepur, Navi, Mumbai
FN, 400 614, IN

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

11/15/21 4:55PM

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | 21-12153 |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | $1,735.00

**Bluemoon Logistics Pvt Ltd**
**B-56A Second Fl, Sector 7**
**Noida, FN**
**201 301, IN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | $595.00

**Bronco Logistics, LLC**
**HWY 66W & Allen Circle**
**Cadiz, KY 42211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | $930.00

**BS Cargo S.C.S. SRL**
**Via Falcone 158 - 159**
**Concesio (BS)**
**CS 25062, IT**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | $5,207.16

**Buckland**
**73 Gaylord Rd.**
**St. Thomas**
**Ontario  N5P3R9**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | $4,000.00

**Cardmember Services**
**PO Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | $1,266.00

**Cargo Network Services Corp**
**703 Waterfront Way, #600**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | $1,900.00

**Cargoline Express, Inc.**
**369 Haynes Drive**
**Wood Dale, IL 60191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | 21-12153 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,414.00 |
|---|---|---|---|

**Casia Global Logistics Co., Ltd.**
**No 861 Tong Yi Rd**
**Hangzhou City**
**China  31000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,635.00 |
|---|---|---|---|

**Chicas & Co. Logistics Inc.**
**14901 Adelfa Drive, #174**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Ciro Trucking, Inc.**
**1550 Seaward St.**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,269.65 |
|---|---|---|---|

**City Haul Inc.**
**633 S. Plymouth Ct.**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Internet__

Last 4 digits of account number  __4210__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ComEd**
**Payment Processing**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Electricity__

Last 4 digits of account number  __8035__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,278.14 |
|---|---|---|---|

**Commercial Transport International**
**39 Stringham Ave.**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(if known)* | **21-12153** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,207.50 |
|---|---|---|---|
| | **Core Trucking Co. of Texas Inc.** <br> **PO Box 701** <br> **La Porte, TX 77572** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,325.25 |
|---|---|---|---|
| | **CPL Express Inc.** <br> **5904A Warner Ave #263** <br> **Huntington Beach, CA 92648-9468** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,655.89 |
|---|---|---|---|
| | **Custom Companies** <br> **317 W. Lake St.** <br> **Northlake, IL 60164** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,500.00 |
|---|---|---|---|
| | **D&A Express LLC** <br> **341 Barclay Road** <br> **Newport News, VA 23606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,950.00 |
|---|---|---|---|
| | **Demar Logistics, Inc.** <br> **376 E. Lies Road** <br> **Carol Stream, IL 60188** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,085.36 |
|---|---|---|---|
| | **Dimerco Express** <br> **301 N. Oak Street** <br> **Inglewood, CA 90302** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,585.65 |
|---|---|---|---|
| | **E2E Logistics Solutions** <br> **C Cobalto** <br> **60 Barcelona 8940** <br> **ES** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

11/15/21 4:55PM

| Debtor | I.C.S. Customs Service Inc. | Case number (if known) | 21-12153 |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.10 |
|---|---|---|---|

**3.38** Nonpriority creditor's name and mailing address
**Edgewood Partners Insurance Center**
PO Box 415985
Boston, MA 02241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$619.10**

---

**3.39** Nonpriority creditor's name and mailing address
**Elk Grove Village**
901 Wellington Ave
Elk Grove Village, IL 60007-3499

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address
**Expert Trucking**
PO Box 5125
Downey, CA 90241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,481.50**

---

**3.41** Nonpriority creditor's name and mailing address
**Express Logistics Group**
2200 S Main St., #217D
Lombard, IL 60148

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$14,726.35**

---

**3.42** Nonpriority creditor's name and mailing address
**FCL Logistics II**
1130 East 230th Street
Carson, CA 90745

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,825.00**

---

**3.43** Nonpriority creditor's name and mailing address
**FedEx Freight**
PO Box 94515
Palatine, IL 60094-5042

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$24.50**

---

**3.44** Nonpriority creditor's name and mailing address
**Fields Inc Trucking Services**
2200 Broening Hwy, #238
Baltimore, MD 21224

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **I.C.S. Customs Service Inc.** | | | | Case number *(if known)* | **21-12153** |
|---|---|---|---|---|---|---|
| | Name | | | | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.50 |
|---|---|---|---|

**Fordpointer Shipping;(Shenzhen) Co.**
**RM1602/03 Citic Bank Mansion No.36**
**Zhenming Rd.,**
**Ningbo 330100, CN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Forward Air**
**250 Wille Rd.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,073.68 |
|---|---|---|---|

**Forward Air Inc.**
**Department #888155**
**Knoxville, TN 37995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.09 |
|---|---|---|---|

**Freight Force Inc.**
**PO Box 1058**
**La Mirada, CA 90637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,325.00 |
|---|---|---|---|

**Freight Management, Inc.**
**739 E. North Ave.**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,683.83 |
|---|---|---|---|

**Frontline Transportation**
**801 Lunt Ave.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,620.07 |
|---|---|---|---|

**Gateway Cargo Systems GMBH**
**Langer Kornweg 34A**
**Kelsterbach,**
**HE 65451, DE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | **21-12153** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,626.49** |
|---|---|---|---|

**Gateway Cargo Systems GMBH**
Langer Kornweg 34A
Kelsterbach,
HE 65451, DE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,461.48** |
|---|---|---|---|

**Griley Air Freight**
PO Box 92940
Los Angeles, CA 90009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Groot, Inc.**
A Waste Connections Company
PO Box 535233
Pittsburgh, PA 15253-5233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _ **2001**

Basis for the claim: **Garbage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$821.40** |
|---|---|---|---|

**Harrington Trucking Inc.**
510 S Delong St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|

**Hency Transporation Inc.**
8933 S. La Cienega Blvd.
Inglewood, CA 90301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,949.09** |
|---|---|---|---|

**Honour Lane Shipping Ltd- Hong Kong**
Room 1501, 15/Fl, Tower 2, Nina Twr
8 Yeung UK Rd., Tseun Wan,
FN, HK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$364,482.26** |
|---|---|---|---|

**ICS Customs Service, Inc. (HK)**
45 Hung to Road Unit C1
SF Wang Kwong Industrial Building
Kwun Tong, Kowloon, HK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | I.C.S. Customs Service Inc. | Case number (if known) | 21-12153 |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,710.06

ITG Transportation Services, Inc.
1500 Eisenhower Ln, #100
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,288.12

Jeff Foster Trucking Inc.
313 Winter Street
Superior, WI 54880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,550.00

John Fayard Moving & Warehousing LL
PO Box 2189
Gulfport, MS 39505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.50

K&S Enterprises
1700 N. Jackson St.
Kansas City, MO 64120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.44

Land Air Express, Inc.
PO Box 2250
Bowling Green, KY 42102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,195.00

Limamar Air and Sea Services Co Ltd
Istiklal Caddesi No. 56-58
Huseyinaga Mah, Tarlabasi
Marmara 34435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,240.00

Marubeni Transport Services Corp.
85 W. Algonquin Rd., #170
Arlington Heights, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | **21-12153** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | | **$248.50**

**Midwest Express Co.**
1660 Wall Street
Mount Prospect, IL 60056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | | **$528.74**

**Midwest Express Co.**
1660 Wall Street
Mount Prospect, IL 60056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | | **$13,800.00**

**New Marine Consolidator Co., Ltd.**
9F-3, No. 181 Fushinn  Road
Taipei
Taiwan R.O.C.

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | | **$1,926.62**

**New Transport Milan**
Via 4 Novembre 16 - 18
Novate, MI 20028
IT

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | | **Unknown**

**Nicor Gas**
PO Box 5407
Carol Stream, IL 60197-5407

Date(s) debt was incurred _

Last 4 digits of account number  **2585**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | | **$7,830.58**

**No Global Borders**
287 Richmond Ste 105
Toronto
Ontario  M5A 1P2

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | | **$2,226.54**

**Pace Air Freight Inc.**
3315 E Main St.
Plainfield, IN 46168

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(if known)* | **21-12153** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,599.64** |
|---|---|---|---|

**Pearl Logistics Co., Ltd.**
**177/1 Bangkok Union Insurance Bldg**
**9th Fl Unit 4, S. Bangkok**
**Thailand 10500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,023.36** |
|---|---|---|---|

**Premier Intermodal, Inc.**
**Attn: George**
**2380 S. Halsted St.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,230.36** |
|---|---|---|---|

**Pronto Freightways Inc.**
**PO Box 1759**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$551.00** |
|---|---|---|---|

**R&M Trucking Co.**
**600 N. Thomas Drive**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,897.74** |
|---|---|---|---|

**Screaming Eagle Cartage, Inc.**
**Attn: Steve**
**1099 Morse Ave.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,464.20** |
|---|---|---|---|

**Seabridge Global Logistics**
**Unit 1 130 Fison Avenue**
**W. Eagle Farm**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Shah-E-Karam Shipping Agencies**
**Shahra-E-Faisel**
**Karachi**
**Pakistan  74400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | I.C.S. Customs Service Inc. | Case number (if known) | 21-12153 |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | **$1,567,466.15**

**Shanghai Supreme Int'l Freight**
558 Daming Road, Hongkou District
Shanghai
China

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | **$67,813.56**

**Silver Freight Logistic S.R.L.**
Segui 4646 Piso
Buenos Aires
Argentina

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | **Unknown**

**SMG Security Holdings LLC**
PO Box  775520
Chicago, IL 60677-5520

Date(s) debt was incurred __

Last 4 digits of account number  0086

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Systems**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | **Unknown**

**Spectrum Business**
**Time Warner Cable**
PO Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred __

Last 4 digits of account number  5752

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet for LA Office**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | **$4,147.86**

**Sutton Transport**
PO Box 78425
Milwaukee, WI 53278

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | **$650.00**

**Teddy's Transport**
930 Interchange Drive
Holland, MI 49423

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | **Unknown**

**Time Warner Cable**
PO Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number (if known) | **21-12153** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.46 |
|---|---|---|---|

**Todd Transit**
PO Box 5344
Rockford, IL 61125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.95 |
|---|---|---|---|

**Transatlantic North America Inc.**
Attn:  Peter Weinberger
1361 N Wood Dale Rd.
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,865.00 |
|---|---|---|---|

**Transportation Services Int'l**
Attn: Rick Harty
1600 Lower Rd., #4
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.50 |
|---|---|---|---|

**TRX Inc.**
PO Box 92916
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**United Airlines Cargo**
630 N Access Rd.
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $974.00 |
|---|---|---|---|

**Unitex Logistics Limited**
1 Wang Kwong Road
Kowloon Bay
Kowloon

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,850.00 |
|---|---|---|---|

**Wanda International Logistics  Co**
2F-1, NO. 351, Yang Guang  St.,
Neihu Dist, Taipel
Tiawan 11491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **I.C.S. Customs Service Inc.**
Name

Case number (if known)    **21-12153**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 3,908,020.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,712,408.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,620,428.74 |

11/15/21 4:55PM

**Fill in this information to identify the case:**

Debtor name **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-12153**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **????** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Forwarding Software $900/mo** |
| | State the term remaining | **Indefinite** |
| | List the contract number of any government contract | **Cargo Wise Schaumburg, IL** |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Break office ($1,250)** |
| | State the term remaining | **Must give 90 day notice to terminate - term indefinite** **Offshore Business Processing Manila Philippines** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for premises located at 1099 Morse Avenue.** |
| | State the term remaining | **12 months** |
| | List the contract number of any government contract | **Plume of Feathers 1099 Morse Ave. Elk Grove Village, IL 60007** |

11/15/21  4:55PM

Debtor 1  **I.C.S. Customs Service Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **21-12153**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Container tracking system** |
| | State the term remaining | **11 months** |
| | List the contract number of any government contract | |

**Rail Inc.**
**7001 Weston Parkway**
**Cary, NC 27513**

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Security System** |
| | State the term remaining | **annual contract** |
| | List the contract number of any government contract | |

**SMG Security Holdings LLC**
**PO Box  775520**
**Chicago, IL 60677-5520**

Fill in this information to identify the case:

Debtor name __I.C.S. Customs Service Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known)   __21-12153__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

11/16/21 4:11PM

| Fill in this information to identify the case: |
| --- |
| Debtor name __I.C.S. Customs Service Inc.__ |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)   __21-12153__ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 15, 2021__        X _____
                                            Signature of individual signing on behalf of debtor

                                            __William Sharpe__
                                            Printed name

                                            __President__
                                            Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **I.C.S. Customs Service Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **21-12153** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From 7/01/2021 to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $20,973,312.26 |
| **For prior year:**<br>From 7/01/2020 to 6/30/2021 | ■ Operating a business<br>☐ Other _____ | $52,983,121.00 |
| **For year before that:**<br>From 7/01/2019 to 6/30/2020 | ■ Operating a business<br>☐ Other _____ | $49,129,416.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **I.C.S. Customs Service Inc.**

Case number *(if known)*  **21-12153**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor   **I.C.S. Customs Service Inc.**                                    Case number *(if known)* **21-12153**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crane, Simon, Clar & Goodman Suite 3950 135 South LaSalle Street Chicago, IL 60603-4297** | **Attorney Fees (Includes $1,738 filing fee)** | 10/7/21 | $50,000.00 |
| | Email or website address sclar@cranesimon.com | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor      **I.C.S. Customs Service Inc.**                                   Case number *(if known)*  **21-12153**

---

■ Does not apply

| **Address** | **Dates of occupancy** |
| --- | --- |
| | **From-To** |

---

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- |

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Paychex** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **I.C.S. Customs Service Inc.**                                          Case number *(if known)*  **21-12153**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

| Debtor | **I.C.S. Customs Service Inc.** | Case number *(if known)* **21-12153** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Mueller & Co.** **2230 Point Blvd.** **Elgin, IL 60123** | **2010 – present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Sharpe** | **2559 Walters** **Northbrook, IL 60062** | **President** | **80%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Sharpe** | **936 Kirk Hill Lane** **Lake Forest, IL 60045** | **Treasurer** | **15%** |

11/16/21  9:00AM

Debtor    **I.C.S. Customs Service Inc.**                                                    Case number *(if known)*  **21-12153**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| John Kuppin | 7633 W. Cregory<br>Chicago, IL 60656 | | 5% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **William Sharpe** | **$75,000** | 1/1/21 - 10/25/21 | **Regular salary payments** |
| | Relationship to debtor<br>**President** | | | |
| 30.2 | David Sharpe<br>936 Kirk Hill Lane<br>Lake Forest, IL 60045 | $30,000 plus rent from condominium | 1/1/21 - 10/25/21 | Salary and monthly rental from Schaumburg condo. David Sharpe pays all the utilities and other expenses associated with the condominium. |
| | Relationship to debtor<br>**Treasurer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the parent corporation

Fill in this information to identify the case:

Debtor name   **I.C.S. Customs Service Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **21-12153**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ╳ **November 15, 2021**

╳ _____                    **William Sharpe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor    **I.C.S. Customs Service Inc.**        Case number *(if known)* **21-12153**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Crane, Simon, Clar & Goodman<br>Suite 3950<br>135 South LaSalle Street<br>Chicago, IL 60603-4297 | **Attorney Fees<br>(Includes $1,738 filing fee)** | **10/7/21** | **$50,000.00** |
| | Email or website address<br>sclar@cranesimon.com | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

**STATEMENT OF FINANCIAL AFFAIRS 3. Certain Transfers Made Before Filing This Case**

## ICS Customs Service, Inc. (ORD)
### Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anita Zoraj 12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Matching Detail Transaction |
|---|---|---|---|---|---|---|---|---|
| A & L COPIER SERVICES, INC. | 8/4/2021 | 00001073 | CHQ | Supplier/Vendor | 272633 | 385.87 | CHK | 272343 |
| A & L COPIER SERVICES, INC. (ALCOPIMIDW) | 9/10/2021 | 00001016 | EFT | Supplier/Vendor | EFT | 3,000.00 | CHK | 7443 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 8/1/2021 | 00001042 | EFT | Supplier/Vendor | 989690211 | -14,530.00 | USD | 00001016 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 7/30/2021 | 00001041 | EFT | Supplier/Vendor | 6713700217 | -14,530.00 | USD | AIMAR001236 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 9/1/2021 | 00001044 | EFT | Supplier/Vendor | 6713717 | -14,530.00 | USD | 00001045 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 9/1/2021 | 00001045 | EFT | Supplier/Vendor | 6713700217 | -14,105.00 | USD | 00001044 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 8/5/2021 | 00001046 | EFT | Supplier/Vendor | 6713700217 | -14,105.00 | USD | AIMAR00737 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 10/5/2021 | 00001144 | DDR | Supplier/Vendor | 3546000265 | 19,678.00 | USD | AIMAR002794 |
| AIMPACIFIC SERVICES INC (AIMPACLAX) | 10/5/2021 | 00001145 | DDR | Supplier/Vendor | 4145000239 | -14,798.00 | USD | AIMAR002451 |
| Aimpacific Services Inc. | 7/30/2021 | 00001068 | CHQ | Supplier/Vendor | 5613200211 | 30,326.00 | USD | 0732 |
| Aimpacific Services Inc. | 7/30/2021 | 00001168 | CHQ | Supplier/Vendor | 6112800208 | 30,221.00 | USD | 09212 |
| Aimpacific Services Inc. | 9/22/2021 | | CHQ | Supplier/Vendor | 3546200265 | 5,400.00 | USD | 09221 |
| Aimpacific Services Inc. | 9/21/2021 | | | Supplier/Vendor | 272500 | 343.20 | USD | 09121 |
| AIR MENZIES INTERNATIONAL(USA) INC. | 8/20/2021 | | | Supplier/Vendor | 272389 | 492.80 | USD | 8211 |
| AIRLINE NETWORK SERVICES LLC | 8/12/2021 | | | Supplier/Vendor | 272373 | 1,132.00 | CHK | |
| Airport Trade Center | 8/23/2021 | | | Supplier/Vendor | 272451 | 1,132.00 | CHK | |
| Airport Trade Center | 9/8/2021 | | | Supplier/Vendor | 272820 | 1,132.00 | CHK | SEP-RENT. |
| AIRPORT TRADE CENTER (AIRTRIAGE) | 10/12/2021 | | | Supplier/Vendor | 272696 | 1,132.00 | CHK | RENT-Oct/MBP |
| AIRPORT TRADE CENTER (AIRTRIAGE) | | | | | | | | |
| AIRSPED INC. | 8/4/2021 | 00001176 | CHQ | Supplier/Vendor | 272341 | 42.50 | CHK | 1533 |
| ALLCOVERED INC. | 10/14/2021 | 00001189 | CHQ | Supplier/Vendor | 272543 | 3,012.90 | CHK | |
| ALLCOVERED INC (ALLCOVFTV) | 10/26/2021 | 00001215 | CHQ | Supplier/Vendor | 272701 | 4,237.94 | CHK | |
| AMERASIA SHIPPING LINE (AMESHIILAX) | 10/18/2021 | 00001217 | CHQ | Supplier/Vendor | 272705 | 683.60 | USD | CIM3400 |
| AMERICAN AIRLINES CARGO (AMEAIRMIDW) | 10/19/2021 | | | Supplier/Vendor | 272707 | 750.00 | USD | 001-44746450 |
| AMERICAN AIRLINES CARGO (AMEAIRMIDW) | 10/19/2021 | | | Supplier/Vendor | 272708 | 100.00 | USD | 001-52264... |
| American Airlines | 8/20/2021 | | | Supplier/Vendor | 272388 | 500.00 | CHK | |
| American Airlines | 10/19/2021 | | | Supplier/Vendor | 272551 | 910.70 | CHK | |
| American Exoress | 8/11/2021 | | | Supplier/Vendor | 272371 | 16,255.40 | CHK | |
| American Exoress | 10/22/2021 | | | Supplier/Vendor | 272491 | 5,345.53 | CHK | |
| American Exoress | 10/22/2021 | | | Supplier/Vendor | 272560 | 8,830.85 | CHK | |
| AMERICAN EXPRESS (AMEEXPMIDW) | 9/15/2021 | 00001090 | CHQ | Supplier/Vendor | 272845 | 1,493.00 | CHK | B1275 |
| AMERICAN EXPRESS (AMEEXPMIDW) | 10/22/2021 | 00001244 | CHQ | Supplier/Vendor | 272725 | 10,432.07 | CHK | SCH1441450 |
| AMERICAN PRESIDENT LINES | 8/5/2021 | 00001128 | CHQ | Supplier/Vendor | 6714900217 | 600.00 | CHK | T000231147 |
| AMERITAS LIFE INSURANCE, CORP (AMELIFDLX) | 9/29/2021 | | | Supplier/Vendor | 272736 | 940.00 | CHK | |
| ANTHONY APPARI | 8/3/2021 | | | Supplier/Vendor | 272863 | 190.00 | CHK | |
| ANTHONY APPARI | 8/6/2021 | | | Supplier/Vendor | 272855 | 150.00 | CHK | |
| ANTHONY APPARI | 10/22/2021 | | | Supplier/Vendor | | 270.00 | CHK | |
| APA (Air Promotions Agencies) NV | 7/31/2021 | | | Supplier/Vendor | 2041570582 | 3,477.66 | CHK | |
| APRILE S.P.A. - C.S.I. DIVISION | 10/5/2021 | | | Supplier/Vendor | 6323700251 | 41,983.65 | CHK | |
| APRILE S.P.A. - C.S.I. DIVISION (APRCSIGOA) | 9/8/2021 | 00001141 | DDR | Supplier/Vendor | 4692100278 | 48,117.39 | CHK | 10021586 |
| ARMENTA TRUCKING | 8/20/2021 | | | Supplier/Vendor | 272456 | 2,560.00 | CHK | |
| AROUND THE CLOCK TRANSPORT  INC. | 8/20/2021 | | | Supplier/Vendor | 272386 | 675.00 | CHK | |
| AROUND THE CLOCK TRANSPORT  INC. | 9/13/2021 | | | Supplier/Vendor | 272287 | 5,895.00 | CHK | |
| AROUND THE CLOCK TRANSPORT  INC. | 9/21/2021 | | | Supplier/Vendor | 272485 | 1,995.00 | CHK | |
| AROUND THE CLOCK TRANSPORT  INC. | 9/20/2021 | | | Supplier/Vendor | 272499 | 586.00 | CHK | |
| AROUND THE CLOCK TRANSPORT, INC. (AROCLOQVG) | 9/13/2021 | 00001081 | CHQ | Supplier/Vendor | 272640 | 13,046.98 | CHK | B7103A |
| AROUND THE CLOCK TRANSPORT, INC. (AROCLOQVG) | 9/13/2021 | 00001082 | CHQ | Supplier/Vendor | 272841 | 1,862.00 | CHK | B1379 |
| AROUND THE CLOCK TRANSPORT, INC. (AROCLOQVG) | 9/22/2021 | 00001109 | CHQ | Supplier/Vendor | 272657 | 1,506.50 | CHK | LTL-13157 |
| ARROWPAC INC. | 8/6/2021 | | | Supplier/Vendor | 272362 | 65.00 | CHK | |
| AT&T | 8/4/2021 | | | Supplier/Vendor | 272352 | 1,321.05 | CHK | |
| AT&T (ATTACE) | 9/10/2021 | 00001065 | CHQ | Supplier/Vendor | 272625 | 1,829.74 | USD | 84771899988 |
| AT&T (ATTACE) | 9/14/2021 | 00001087 | CHQ | Supplier/Vendor | 272642 | 1,562.75 | USD | 84771899988 |
| AT&T (ATTACE) | 10/19/2021 | 00001220 | CHQ | Supplier/Vendor | 272709 | 1,617.52 | USD | 84771899988 |
| AT&T MOBILITY | 8/4/2021 | | | Supplier/Vendor | 272624 | 484.10 | CHK | |
| AT&T MOBILITY (ATTMOBACE) | 9/10/2021 | 00001064 | CHQ | Supplier/Vendor | 272694 | 313.14 | USD | 28724924953 |
| AT&T MOBILITY (ATTMOBACE) | 10/12/2021 | 00001086 | CHQ | Supplier/Vendor | 272358 | 358.43 | USD | 28724924953 |
| BADGER PRESS PHOTOGRAPHICS, INC. (BADPREENW) | 10/22/2021 | 00001239 | CHQ | Supplier/Vendor | 0272327 | 1,092.00 | USD | 103012 |
| BARHAM INTERMODAL INC. | 7/30/2021 | | | Supplier/Vendor | 272327 | 10,731.00 | CHK | 07302 |
| BARHAM INTERMODAL INC. | 8/13/2021 | | | Supplier/Vendor | 272379 | 32,882.00 | CHK | 08132 |
| BARHAM INTERMODAL INC. | 9/14/2021 | | | Supplier/Vendor | 272490 | 13,336.00 | CHK | 09142 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From: 28-Jul-21 To: 28-Oct-21
Local Currency: USD
Printed by Anita Zotaj, 12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| BARHAM INTERMODAL INC. (BARINTUFO) | 8/27/2021 | 00001030 | CHQ | Supplier/Vendor | 272817 | 24,851.00 | USD | 759873 | |
| BARHAM INTERMODAL INC. (BARINTUFO) | 10/1/2021 | 00001134 | CHQ | Supplier/Vendor | 272680 | 15,997.00 | USD | 759509 | |
| BARHAM INTERMODAL INC. (BARINTUFO) | 10/22/2021 | 00001245 | CHQ | Supplier/Vendor | 272726 | 24,713.00 | USD | 759724 | |
| Bart Freibott System Inc. | 9/21/2021 | | | Supplier/Vendor | | 213.21 | CHK | | 092121BAR |
| BEIHER PACKAGING & CRATING OF CALIFORNIA, INC | 9/21/2021 | | | Supplier/Vendor | | 1,260.00 | CHK | | 092121BEA |
| Bharat Logistic Solutions Pvt Ltd | 8/5/2021 | | | Supplier/Vendor | | 24,178.60 | CHK | | 080521BHA |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 9/1/2021 | 00001038 | EFT | Supplier/Vendor | 6502100217 | 3,810.00 | USD | 00001197 | |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 9/10/2021 | 00001078 | DDR | Supplier/Vendor | 6322100251 | 119,854.90 | USD | 21-0530 | |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 10/8/2021 | 00001146 | DDR | Supplier/Vendor | 5301400281 | 128,083.30 | USD | 21-1006 | |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 10/1/2021 | 00001196 | DDR | Supplier/Vendor | 6088600232 | 49,949.38 | USD | SCH5020094 | |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 10/19/2021 | 00001197 | EFT | Supplier/Vendor | 6502100217 | -3,810.00 | USD | 00001038 | |
| BHARAT LOGISTICS SOLUTIONS PVT LTD (BHALOGNMB) | 8/5/2021 | 00001198 | DDR | Supplier/Vendor | 6502100217 | 3,810.00 | USD | 21-0378 | |
| BIEHL & BIEHL | 9/10/2021 | | | Supplier/Vendor | 272483 | 605.79 | CHK | | 091021BIE |
| BLUECROSS BLUE SHIELD OF ILLINOIS | 8/4/2021 | | | Supplier/Vendor | 272355 | 16,210.12 | USD | | 080421BLB |
| BLUECROSS BLUE SHIELD OF ILLINOIS (BLUBLUDLX) | 9/10/2021 | | | Supplier/Vendor | | 16,210.12 | USD | 087439 | |
| BLUECROSS BLUE SHIELD OF ILLINOIS (BLUBLUDLX) | 10/19/2021 | | | Supplier/Vendor | | 13,834.14 | USD | 087439-OCT | |
| BLUEMOON LOGISTICS PVT LTD | 9/30/2021 | | | Supplier/Vendor | 6324000251 | 16,466.20 | CHK | | 093021BLU |
| BluJav Solutions Inc. | 8/4/2021 | | | Supplier/Vendor | 272557 | 2,271.66 | CHK | | 080421BLU |
| BOB GARVIN | 10/22/2021 | | | Supplier/Vendor | 272332 | 1,050.00 | CHK | | 102221BOB |
| Bradley Scott | 8/2/2021 | | | Supplier/Vendor | | 3,321.04 | CHK | | 080221BRA |
| BRADLEY SCOTT (BRASCOLWU) | 9/28/2021 | | | Supplier/Vendor | 272672 | 1,393.41 | USD | JULY-COMMISSION | |
| BRADLEY SCOTT (BRASCOLWU) | 10/22/2021 | 00001126 | CHQ | Supplier/Vendor | 272718 | 7,190.88 | USD | D | |
| BRONCO LOGISTICS, LLC (BROLOGEIV) | 9/22/2021 | 00001237 | CHQ | Supplier/Vendor | 272656 | 635.00 | USD | ORD95356-00 | |
| BUCKLAND | 9/22/2021 | 00001108 | CHQ | Supplier/Vendor | 272393 | 1,519.41 | USD | 08202BUC | |
| BUCKLAND | 8/20/2021 | | | Supplier/Vendor | 272466 | 2,644.97 | USD | 091021BUC | |
| BUIDINGSTARS OPERATIONS, INC | 9/13/2021 | | | Supplier/Vendor | 272391 | 275.00 | USD | 08202IBUI | |
| BUIDINGSTARS OPERATIONS, INC | 8/20/2021 | | | Supplier/Vendor | 272482 | 275.00 | USD | 08202IBUI | |
| BUIDINGSTARS OPERATIONS, INC (BUIOPEXLS) | 10/10/2021 | | | Supplier/Vendor | | 275.00 | USD | 3208879 | |
| CARGO NETWORK SERVICES CORP. | 10/22/2021 | 00001240 | CHQ | Supplier/Vendor | 272721 | 278.00 | USD | | |
| CARGO NETWORK SERVICES CORP. | 7/30/2021 | | | Supplier/Vendor | 5381700201 | 21,170.76 | USD | 072021CAS | |
| CARGO NETWORK SERVICES CORP. | 7/30/2021 | | | Supplier/Vendor | 6452000169 | 14,586.62 | USD | 078021CAS | |
| CARGO NETWORK SERVICES CORP. | 7/31/2021 | | | Supplier/Vendor | 5617600211 | 16,726.93 | USD | 073021CAS | |
| CARGOLINE EXPRESS, INC | 8/4/2021 | | | Supplier/Vendor | 272338 | 1,455.00 | USD | 080421CAR | |
| CARGOLINE EXPRESS, INC (CAREXPWWD) | 8/26/2021 | 00001028 | CHQ | Supplier/Vendor | 272615 | 900.00 | USD | CEI015496 | |
| CARGOLINE EXPRESS, INC (CAREXPWWD) | 9/9/2021 | 00001061 | CHQ | Supplier/Vendor | 272621 | 1,115.00 | USD | CEI015206 | |
| CARGOLINE EXPRESS, INC (CAREXPWWD) | 10/22/2021 | 00001224 | CHQ | Supplier/Vendor | 272711 | 1,200.00 | USD | 00001272 | |
| CARGO-LINK INTERNATIONAL | 8/11/2021 | | | Supplier/Vendor | 272370 | 12,350.00 | USD | | |
| CHICAS & CO. LOGISTICS INC. | 8/31/2021 | | | Supplier/Vendor | 272469 | 5,414.00 | USD | | |
| CHICAS & CO. LOGISTICS INC. | 8/31/2021 | | | Supplier/Vendor | 272470 | 4,735.00 | USD | | |
| CIRO TRUCKING, INC | 8/20/2021 | | | Supplier/Vendor | 272396 | 1,450.00 | USD | | |
| CIRO TRUCKING, INC (CIRTRUUMH) | 10/20/2021 | 00001225 | CHQ | Supplier/Vendor | 272712 | 650.00 | USD | 9718 | |
| CITY HAUL INC | 8/5/2021 | | | Supplier/Vendor | 272360 | 24,587.65 | USD | | 080521CIT |
| CITY HAUL INC | 9/22/2021 | | | Supplier/Vendor | 272533 | 12,434.00 | USD | | 092221CIT |
| CITY HAUL INC (CITHAUMDW) | 9/22/2021 | 00001107 | CHQ | Supplier/Vendor | 272655 | 11,363.50 | USD | 121919 | |
| CJ TAYLOR | 8/3/2021 | | | Supplier/Vendor | 272333 | 80.00 | CHK | | 080321CJT |
| CLT AIR FREIGHT CARRIER | 8/20/2021 | | | Supplier/Vendor | 272394 | 69.78 | CHK | | 082021CLT |
| CLT AIR FREIGHT CARRIER (CLTAIRCRG) | 9/22/2021 | 00001111 | CHQ | Supplier/Vendor | 272659 | 161.47 | USD | B1159 | |
| COBRA TRANSPORTATION SERVICES (COBTRASPT) | 9/22/2021 | 00001110 | CHQ | Supplier/Vendor | 272658 | 1,158.25 | USD | 262932 | |
| COMAGE CONTAINER LINES | 8/12/2021 | | | Supplier/Vendor | 272372 | 7,490.00 | USD | | 00043725T |
| COMAGE CONTAINER LINES | 8/20/2021 | | | Supplier/Vendor | 272384 | 8,540.00 | USD | | 00043725 |
| COMCAST CABLE | 8/4/2021 | | | Supplier/Vendor | 272339 | 291.04 | CHK | | 08042ICOM |
| COMCAST CABLE | 8/13/2021 | | | Supplier/Vendor | 272376 | 291.04 | CHK | | 08132ICOM |
| COMCAST CABLE (COMCABPHL) | 9/10/2021 | 00001071 | CHQ | Supplier/Vendor | 272651 | 321.04 | USD | 08711101210842IO | |
| COMCAST CABLE (COMCABPHL) | 10/13/2021 | 00001158 | CHQ | Supplier/Vendor | 272686 | 291.04 | USD | 8771101210842I0-OCT | |
| ComEd | 8/4/2021 | | | Supplier/Vendor | | 816.19 | CHK | | 08042ICED |
| COMED (COMEDAGE) | 9/10/2021 | 00001067 | CHQ | Supplier/Vendor | 272627 | 797.12 | USD | 4002008005 | |
| COMED (COMEDAGE) | 10/13/2021 | 00001157 | CHQ | Supplier/Vendor | 272685 | 740.37 | USD | 4002008005-OCT | |
| CONDO (CONDOGAH) | 9/16/2021 | 00001057 | CHQ | Supplier/Vendor | 6606600259 | 165.00 | USD | SCH16494 | |
| CPL EXPRESS INC | 7/30/2021 | | | Supplier/Vendor | 272325 | 46,633.75 | CHK | | 073021CPL |
| CPL EXPRESS INC | 10/18/2021 | 00001097 | DDR | Supplier/Vendor | 272548 | 32,397.75 | CHK | | 101821CPL |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From 26-Jul-21 To 26-Oct-21
Local Currency: USD
Printed by Anita Zolaj 12-Nov-21 05:49 PM

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| CR EXPRESS INC | 8/5/2021 | 00001017 | CHQ | Supplier/Vendor | 272603 | 2,050.00 | USD | 272381 | 080621CRE |
| CR EXPRESS INC (CREXPRMIDW) | 8/5/2021 | 00001017 | CHQ | Supplier/Vendor | 272614 | 50.00 | USD | 1234 | |
| CR EXPRESS INC (CREXPRMIDW) | 8/26/2021 | | CHQ | Supplier/Vendor | 272644 | 1,820.00 | USD | 524260 | 091321CRE |
| CRESTMARK | 9/13/2021 | 00001089 | CHQ | Supplier/Vendor | 272644 | 934.97 | USD | 272488 | |
| CRESTMARK (CRESTMARK) | 9/14/2021 | 00001120 | CHQ | Supplier/Vendor | 272668 | 969.63 | USD | C21089 | |
| CUSTOM COMPANIES (CUSCOMMIDW) | 9/22/2021 | | | Supplier/Vendor | | 28,379.71 | USD | 20275021-00 | |
| DBA EXPRESS LLC | 8/20/2021 | | | Supplier/Vendor | 272397 | 6,300.00 | USD | 272374 | 080201DEA |
| DBA EXPRESS LLC | 8/20/2021 | | | Supplier/Vendor | 272408 | 4,700.00 | USD | 272354 | 92421DEA |
| DANIEL LEGASPI (DANLEGLOQ) | 10/22/2021 | 00001243 | CHQ | Supplier/Vendor | 272724 | 1,626.07 | USD | COMMISSON | |
| DAVID SHARPE (DAVSHAUGN) | 9/30/2021 | 00001132 | CHQ | Supplier/Vendor | 272678 | 675.00 | USD | INTEXP-SEP21 | |
| DELL BUSINESS CREDIT | 8/13/2021 | | | Supplier/Vendor | 272629 | 2,890.40 | USD | | 081321DEL |
| DELTA DENTAL OF ILLINOIS - RISK | 8/4/2021 | | | Supplier/Vendor | 272692 | 590.30 | USD | 272383 | 080421DEL |
| DELTA DENTAL OF ILLINOIS - RISK (DELDENMIDW) | 9/10/2021 | 00001069 | CHQ | Supplier/Vendor | | 590.30 | USD | 1482808 | |
| DELTA DENTAL OF ILLINOIS - RISK (DELDENMIDW) | 10/12/2021 | 00001164 | CHQ | Supplier/Vendor | | 430.00 | USD | 1482060 | |
| DEMAR LOGISTICS, INC | 8/10/2021 | | | Supplier/Vendor | 272660 | 3,620.00 | USD | 272401 | 080921DEM |
| DEMAR LOGISTICS, INC (DEMLOGAGE) | 9/22/2021 | 00001112 | CHQ | Supplier/Vendor | | 2,975.00 | USD | 128382AA | |
| DHL GLOBAL FORWARDING | 7/27/2021 | | | Supplier/Vendor | | 80.00 | USD | | 072721DHL |
| DIMERCO EXPRESS | 8/20/2021 | | | Supplier/Vendor | 0272319 | 18,607.55 | USD | 272398 | 080201DIM |
| DIMERCO EXPRESS | 9/10/2021 | | | Supplier/Vendor | 272479 | 23,470.76 | USD | 272479 | 091021DIM |
| DIMERCO EXPRESS (DIMEXPWPD) | 9/17/2021 | 00001077 | CHQ | Supplier/Vendor | 272837 | 3,315.00 | USD | 0182101044z | |
| DUNAVANT SEA LANE EXPRESS LLC (DUNSEA_CA) | 8/20/2021 | 00001104 | CHQ | Supplier/Vendor | 272851 | 4,961.90 | USD | 08238265 | |
| ECHO GLOBAL LOGISTICS INC. | 8/20/2021 | | | Supplier/Vendor | 272663 | 6,280.23 | USD | 272401 | 080201ECH |
| ECHO GLOBAL LOGISTICS INC. | 10/13/2021 | | | Supplier/Vendor | 272897 | 679.71 | USD | 272541 | 101321ECH |
| ECHO GLOBAL LOGISTICS INC. (ECHGLOMIDW) | 9/21/2021 | 00001106 | CHQ | Supplier/Vendor | | 8,278.12 | USD | 4554004z-1 | |
| ECHO GLOBAL LOGISTICS INC. (ECHGLOMIDW) | 10/13/2021 | 00001170 | CHQ | Supplier/Vendor | 272897 | 5,310.93 | USD | 4569421Z-1 | |
| ECHO GLOBAL LOGISTICS INC. (ECHGLOMIDW) | 10/13/2021 | 00001171 | CHQ | Supplier/Vendor | 272898 | 3,444.94 | USD | 4561945B-1 | |
| ELK GROVE VILLAGE (ELKVILEGH) | 10/12/2021 | 00001156 | CHQ | Supplier/Vendor | 272684 | 168.58 | USD | 284153 | 08132ELK |
| Emi Zolaj | 8/4/2021 | | | Supplier/Vendor | | 369.17 | USD | | 080421EMI |
| Emi Zolaj | 8/9/2021 | | | Supplier/Vendor | | 410.00 | USD | | 080621EMI |
| Emi Zolaj | 8/30/2021 | | | Supplier/Vendor | | 150.00 | USD | | 08302EMI |
| EMPIRE CFS (EMPCFSLAX) | 10/5/2021 | 00001143 | CHQ | Supplier/Vendor | | 60.00 | USD | 117481 | |
| EVANS DELIVERY COMPANY, INC | 7/30/2021 | | | Supplier/Vendor | 272357 | 3,789.62 | USD | 272357 | 073021EVA |
| EVANS DELIVERY COMPANY, INC | 8/20/2021 | | | Supplier/Vendor | 272365 | 3,732.70 | USD | 272234 | 080201EVA |
| EVANS DELIVERY COMPANY, INC | 8/10/2021 | | | Supplier/Vendor | 272462 | 1,015.00 | USD | 272402 | 080201EVA |
| EVANS DELIVERY COMPANY, INC | 9/20/2021 | | | Supplier/Vendor | | 993.75 | USD | 272465 | 091021EVA |
| EXPRESS LOGISTICS | 10/15/2021 | | | Supplier/Vendor | 272478 | 1,388.75 | USD | 272478 | 080201EXP |
| Express Logistics Group | 8/20/2021 | | | Supplier/Vendor | 272546 | 1,144.31 | USD | 272546 | 101521EXP |
| Express Logistics Group | 9/21/2021 | | | Supplier/Vendor | 272400 | 9,167.75 | USD | 272400 | 080201EXL |
| Express Logistics Group | 10/21/2021 | | | Supplier/Vendor | 272504 | 4,987.00 | USD | 272504 | 092121EXP |
| EXPRESS LOGISTICS GROUP (EXPLOGLOM) | 9/22/2021 | 00001113 | CHQ | Supplier/Vendor | 272554 | 2,980.99 | USD | 39773 | 102121EXP |
| EXPRESS LOGISTICS GROUP (EXPLOGLOM) | 10/21/2021 | 00001231 | CHQ | Supplier/Vendor | 272961 | 5,934.00 | USD | 40023 | |
| Far Logistics | 9/10/2021 | | | Supplier/Vendor | 272714 | 7,569.00 | USD | | 091021FAR |
| Far Logistics (Holland) Bv | 10/04/2021 | | | Supplier/Vendor | | 1,210.56 | USD | | 100421FAR |
| Federal Express Inc. | 8/4/2021 | 00001074 | CHQ | Supplier/Vendor | 272634 | 706.24 | USD | | 080421FED |
| Federal Express Inc. | 9/10/2021 | | | Supplier/Vendor | | 455.36 | USD | | 091021FED |
| FEDEX FREIGHT (FEDFREMIDW) | 9/10/2021 | | | Supplier/Vendor | | 310.95 | USD | 748723088 | |
| FIELDS INC TRUCKING SERVICES | 9/21/2021 | 00001024 | CHQ | Supplier/Vendor | 272810 | 177.35 | USD | 774177220 | 092121FIE |
| FINEST LOGISTICS, LLC | 8/20/2021 | | | Supplier/Vendor | | 585.00 | USD | 272506 | 080201FIN |
| FORWARD AIR (FORAIRDES) | 8/23/2021 | 00001023 | CHQ | Supplier/Vendor | 272809 | 837.50 | USD | 272408 | 082321FOR |
| FORWARD AIR INC | 9/28/2021 | 00001127 | CHQ | Supplier/Vendor | 272873 | 128.02 | USD | 272452 | 092821FOR |
| FORWARD AIR INC | 10/22/2021 | 00001242 | CHQ | Supplier/Vendor | 272723 | 5,599.51 | USD | 272534 | 102221FOA |
| FORWARD AIR INC | 8/23/2021 | | | Supplier/Vendor | 272534 | 3,659.82 | USD | 0272559 | |
| FORWARD AIR INC (FORAIRKZX) | 9/29/2021 | | | Supplier/Vendor | | 407.70 | USD | 77489856A | |
| FORWARD AIR INC (FORAIRKZX) | 10/22/2021 | | | Supplier/Vendor | | 2,739.85 | USD | 78358310 | |
| FORWARD AIR INC (FORAIRKZX) | 10/15/2021 | | | Supplier/Vendor | | 7,663.00 | USD | 78545560 | |
| FORWARD AIR INC (FORAIRKZX) | 10/15/2021 | | | Supplier/Vendor | | 2,254.98 | USD | | |
| FORWARD INTERMODAL (FORINTMDW) | 10/15/2021 | | | Supplier/Vendor | 272703 | 1,719.00 | USD | 272404 | 101521FOR |
| Forwarding Direct Limited | 7/31/2021 | | | Supplier/Vendor | | 542.50 | USD | 724763 | 073121FOR |
| FREIGHT FORCE INC | 8/20/2021 | 00001178 | CHQ | Supplier/Vendor | | 89.32 | USD | 6419700202 | 080201FRE |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From: 25-Jul-21 To: 25-Oct-21
Local Currency: USD
Printed by Anita Zoaj  12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Pay Type | Payment No. | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction (Matching Details) |
|---|---|---|---|---|---|---|---|---|
| FREIGHT FORCE INC (FREEFORUM) | 8/20/2021 | CHQ | 00001022 | Supplier/Vendor | 272608 | 214.15 | USD | CHK 727615 / 100421FRE |
| Freight Forwarders, Inc. | 10/4/2021 | | | Supplier/Vendor | 272537 | 1,550.00 | USD | CHK 080201FRM |
| FREIGHT MANAGEMENT, INC. | 8/20/2021 | | | Supplier/Vendor | 272407 | 15,437.56 | USD | CHK 092121FR |
| FREIGHT MANAGEMENT, INC. | 9/21/2021 | | | Supplier/Vendor | 272518 | 1,650.00 | USD | CHK 870829 |
| FREIGHT MANAGEMENT, INC. (FREIMAN2H) | 9/20/2021 | CHQ | 00001125 | Supplier/Vendor | 272671 | 14,425.00 | USD | CHK 080201FRO |
| FROM NINE TRANSPORTATION INC (FROMNINEV) | 8/20/2021 | | | Supplier/Vendor | 272403 | 3,463.33 | USD | CHK O21C00836-C |
| FTS INTERNATIONAL EXPRESS (FTSINTEV) | 8/24/2021 | CHQ | 00001025 | Supplier/Vendor | 272612 | 5,041.06 | USD | CHK |
| Gateway Cargo Systems GmbH | 7/31/2021 | | | Supplier/Vendor | 188829500 | 13,806.20 | USD | CHK 07312IGAT |
| Gateway Cargo Systems GmbH | 8/31/2021 | | | Supplier/Vendor | 2374418129 / 272368 | 38,363.83 | USD | CHK 08312IGAT |
| GLOBALTRANZ ENTERPRISES, INC. | 8/10/2021 | CHQ | 00001121 | Supplier/Vendor | 272669 | 12,197.31 | USD | CHK 0810ZIGLO |
| GRILX AIR FREIGHT (GRIARILAX) | 8/20/2021 | | | Supplier/Vendor | 272246 | 2,128.65 | USD | CHK 9446286 / 08042IGRO |
| GROOT, INC. | 8/4/2021 | | | Supplier/Vendor | 272822 | 316.09 | USD | CHK 7595958 / 08042IGRO |
| GROOT, INC. (GROOTFIT) | 9/10/2021 | CHQ | 00001062 | Supplier/Vendor | 272688 | 316.09 | USD | CHK 7757951 |
| GROOT, INC. (GROOTFIT) | 10/12/2021 | CHQ | 00001160 | Supplier/Vendor | 272639 | 316.47 | USD | CHK |
| HORIZON FREIGHT SYSTEM, INC. | 8/20/2021 | CHQ | 00001080 | Supplier/Vendor | 272382 | 808.50 | USD | CHK 1908100 |
| HOT LINE DELIVERY SYSTEMS (HOTDELGPI) | 8/18/2021 | | | Supplier/Vendor | 272423 | 1,904.09 | USD | CHK 081821INT |
| INTERNATIONAL BOND & MARINE BROKERAGE, LTD. | 8/23/2021 | | | Supplier/Vendor | 272505 | 4,757.60 | USD | CHK 082321ITG |
| ITG TRANSPORTATION SERVICES, INC. | 9/21/2021 | | | Supplier/Vendor | 272425 | 11,739.45 | USD | CHK 092121ITG |
| ITG TRANSPORTATION SERVICES, INC. | 8/23/2021 | | | Supplier/Vendor | 272322 | 7,772.97 | USD | CHK 08232UEF |
| JEFF FOSTER TRUCKING INC | 8/23/2021 | | | Supplier/Vendor | 272662 | 1,304.47 | USD | CHK 00043675 |
| JEFF FOSTER TRUCKING INC (JEFFOSUW) | 9/22/2021 | CHQ | 00001114 | Supplier/Vendor | 272418 | 1,164.47 | USD | CHK 478329A |
| JET-SEA International Shiporino | 7/30/2021 | | | Supplier/Vendor | 272424 | 105.00 | USD | CHK 08232IJOH |
| JH LOGISTICS | 8/23/2021 | | | Supplier/Vendor | 2146033109 | 100.00 | USD | CHK 0802ICHA |
| JOHN FAYARD MOVING & WAREHOUSING, LLC | 8/23/2021 | | | Supplier/Vendor | 2169624141 | 7,480.00 | USD | CHK 08042ICHA |
| JP MORGAN CHASE BANK (JPMORGREV) | 8/3/2021 | DDR | | Supplier/Vendor | ACCSERFEEAIG | 379.49 | USD | CHK 0818ZICHA |
| JP MORGAN CHASE BANK (JPMORGREV) | 8/23/2021 | | | Supplier/Vendor | 2509983450 | 450.00 | USD | CHK 0907Z1CH |
| K&S ENTERPRISE OF KANSAS CITY INC | 9/15/2021 | | | Supplier/Vendor | | 1,459.08 | USD | CHK ACCSERVFEE-SEP |
| K&S ENTERPRISE OF KANSAS CITY INC | 9/14/2021 | | | Supplier/Vendor | ACCSERVFEE | 7.00 | USD | CHK PAYTECH-FEE |
| KOREAN AIR CARGO (0893) (KORAIRMDW) | 8/23/2021 | | | Supplier/Vendor | 2774192632 | 1,442.05 | USD | CHK B1696 / 09152IKSE |
| Land Air Express, Inc. | 8/23/2021 | DDR | 00001202 | Supplier/Vendor | 6288460257 | 299.72 | USD | CHK 08232ILAE |
| LAND AIR EXPRESS INC. (LANAIREX) | 9/22/2021 | | | Supplier/Vendor | 272427 | 2,390.00 | USD | CHK 30-659445 |
| LIMAIRAER AIR AND SEA SERVICES CO. LTD. (LIMAIRGEB) | 7/30/2021 | CHQ | 00001115 | Supplier/Vendor | 272663 | 487.50 | USD | CHK 073021LIM |
| LIMAIRAER AIR AND SEA SERVICES CO. LTD. (LIMAIRGEB) | 8/26/2021 | DDR | 00001195 | Supplier/Vendor | 5613300211 | 905.20 | USD | CHK 073021LIM |
| MARUBENI TRANSPORT SERVICES CORP | 7/30/2021 | CCD | 00001199 | Supplier/Vendor | 7668400238 / 5613300211 | 217.00 | USD | CHK LMAC0210000011724 |
| MEDITERRANEAN SHIPPING CO (MEDSHIMDW) | 8/23/2021 | | | Supplier/Vendor | 272431 | 96.36 | USD | CHK LMAC0210000008869 |
| MEDORA ALL SHARPE (MEDILBHUGN) | 7/28/2021 | EFT | 00001041 | Supplier/Vendor | 3314600207 | 19,350.00 | USD | CHK 08232IMAR |
| METRO AIR SERVICES | 8/23/2021 | CHQ | 00001131 | Supplier/Vendor | 272677 | 25,080.00 | USD | CHK SCH1786 |
| METRO EXPRESS (METEXPRCU) | 8/23/2021 | | | Supplier/Vendor | 272428 | 18,035.00 | USD | CHK INTEXP-SEP2021 |
| Michael Debreau | 9/17/2021 | CHQ | 00001103 | Supplier/Vendor | 272650 | 60.00 | USD | CHK 08232IMET |
| Midwest Container Inc | 8/31/2021 | | | Supplier/Vendor | 272663 | 36,835.00 | USD | CHK ICS2001-7 |
| Midwest Container Inc | 8/5/2021 | | | Supplier/Vendor | 272468 | 675.00 | USD | CHK 08312IMIC |
| Midwest Container Inc | 10/18/2021 | | | Supplier/Vendor | 272359 | 359.67 | USD | CHK 08052IMID |
| MIDWEST CONTAINER, INC - H387 (MIDCONEV) | 10/19/2021 | | | Supplier/Vendor | 272538 / 272550 | 65.75 | USD | CHK 10182IMID / 10192IMID |
| Midwest Express Co | 10/18/2021 | CHQ | 00001193 | Supplier/Vendor | 272706 | 211.25 | USD | CHK 08232IMID |
| MIDWEST EXPRESS CO (MIDEXPMUP) | 8/23/2021 | CHQ | 00001101 | Supplier/Vendor | 272432 | 20,100.00 | USD | CHK 2105P |
| MIKE E FALCON (MIKFALMDV) | 9/17/2021 | | | Supplier/Vendor | 272848 | 18,825.00 | USD | CHK 20980-87 |
| MONFREIGHT INC (MONFREDOS) | 10/22/2021 | CHQ | 00001238 | Supplier/Vendor | 272619 | 350.00 | USD | CHK CCM |
| MORAN TRANSPORTATION CORP | 9/3/2021 | CHQ | 00001057 | Supplier/Vendor | 272649 | 15,000.00 | USD | CHK 30008618 |
| MORAN TRANSPORTATION CORP (MORTRAEVI) | 8/23/2021 | | | Supplier/Vendor | 272429 | 1,134.00 | USD | CHK 08232IMOR |
| MRZ TRUCKING | 9/17/2021 | CHQ | 00001102 | Supplier/Vendor | 272430 | 677.44 | USD | CHK 08232IMRZ |
| MSC CHICAGO | 7/31/2021 | | | Supplier/Vendor | 611800208 | 13,220.24 | USD | CHK 07312IMSC |
| MUELLER & CO., LLP (MUELLPUGN) | 9/10/2021 | | | Supplier/Vendor | 272835 | 492.96 | USD | CHK 586779 |
| NCL INTERNATIONAL LOGISTICS USA INC | 8/20/2021 | CHQ | 00001075 | Supplier/Vendor | 272405 | 128.25 | USD | CHK 08202INCL |
| NCL INTERNATIONAL LOGISTICS USA INC | 10/4/2021 | | | Supplier/Vendor | 272538 | 482.71 | USD | CHK 10042INCL |
| | | | | Supplier/Vendor | 3690300217 | 102.40 | USD | CHK |
| NEW TRANSPORT MILAN | 8/31/2021 | | | Supplier/Vendor | 272342 | 6,070.00 | USD | CHK 08312INEW |
| | | | | Supplier/Vendor | | 3,707.90 | USD | CHK |
| | | | | Supplier/Vendor | | 5,561.85 | USD | CHK |
| | | | | Supplier/Vendor | | 15,239.32 | USD | CHK |
| NICOR GAS | 8/4/2021 | | | Supplier/Vendor | | 128.16 | USD | CHK 08042INIC |

ICS Customs Service, Inc. (ORD)
Payables Payment Analysis Report
Payments Posted From: 26-Jul-21 To 25-Oct-21
Local Currency: USD
Printed by Anita Zoraj, 12-Nov-21 05:49 PM

5 / 20

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| NICOR GAS (NICGASACE) | 9/10/2021 | 00001066 | CHQ | Supplier/Vendor | 272626 | 128.24 | USD | 1311242585 | 1311242585-OCT |
| NICOR GAS (NICGASACE) | 10/12/2021 | 00001159 | CHQ | Supplier/Vendor | 272687 | 129.61 | USD | 1311242585 | 1311242585-OCT |
| NO GLOBAL BORDERS | 8/18/2021 | | | Supplier/Vendor | 272381 | 28,054.64 | CHK | 272620 | 081821NOG |
| NO GLOBAL BORDERS | 9/21/2021 | | | Supplier/Vendor | 272620 | 11,533.04 | CHK | | 092121NO |
| OFFSHORE BUSINESS PROCESSING INC | 8/4/2021 | | | Supplier/Vendor | 6607200216 | 1,250.00 | CHK | | 080421ZOF |
| OL USA, LLC | 8/20/2021 | | | Supplier/Vendor | 272634 | 23,577.00 | CHK | | 082021TTS |
| OL USA, LLC | 9/21/2021 | | | Supplier/Vendor | 272521 | 29,332.00 | CHK | | 092121TT |
| OL USA, LLC | 10/12/2021 | | | Supplier/Vendor | 272540 | 12,060.00 | CHK | | 101221TTS |
| OLD DOMINION TRUCKING | 8/26/2021 | | | Supplier/Vendor | 272455 | 1,196.34 | CHK | | 082621OLD |
| PACE AIR FREIGHT INC | 8/20/2021 | | | Supplier/Vendor | 272436 | 2,048.00 | CHK | | 082321PAC |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1822281421 | 7,538.81 | CHK | | 070121PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1835330029 | 43,359.72 | CHK | | 070221PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1870310833 | 20,833.35 | CHK | | 070721PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1885881520 | 4,980.71 | CHK | | 070921PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1907850105 | 887.74 | CHK | | 071221PAC |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1930462890 | 1,551.39 | CHK | | 071321PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1941973599 | 39,281.89 | CHK | | 071421PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1952261483 | 2,817.01 | CHK | | 071521PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1962179489 | 22,647.87 | CHK | | 071621PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 1977949454 | 1,520.59 | CHK | | 071921PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2006345075 | 8,509.76 | CHK | | 072021PAC |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2011665521 | 13,629.59 | CHK | | 072121PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2023133294 | 8,059.00 | CHK | | 072221PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2032330415 | 11,083.50 | CHK | | 072321PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2041570580 | 12,493.39 | CHK | | 072521PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2070245109 | 2,967.99 | CHK | | 072721PAC |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2080633264 | 1,856.82 | CHK | | 072721PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2089779781 | 9,605.77 | CHK | | 072921PAY |
| PAY Cargo LLC | 7/31/2021 | | | Supplier/Vendor | 2102416434 | 1,066.34 | CHK | | 073021PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2113965345 | 532.15 | CHK | | 080221PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2146033111 | 2,634.81 | CHK | | 080321PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2150654050 | 1,101.39 | CHK | | 080921PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2169624139 | 1,090.44 | CHK | | 080621PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2177247215 | 5,793.80 | CHK | | 081021PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2180600307 | 29,439.40 | CHK | | 081221PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2214856879 | 1,195.20 | CHK | | 081321PAC |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2228357498 | 1,423.96 | CHK | | 081621PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2248169187 | 984.69 | CHK | | 081721PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2254957963 | 5,146.45 | CHK | | 081821PAC |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2284169277 | 4,413.72 | CHK | | 081921PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2293794564 | 18,919.39 | CHK | | 082021PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2300243841 | 2,167.67 | CHK | | 081721PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2318659313 | 3,967.43 | CHK | | 081921PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2320352575 | 8,423.34 | CHK | | 082021PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2353056766 | 1,963.05 | CHK | | 082321PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2365090413 | 6,136.99 | CHK | | 082421PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2374418136 | 666.70 | CHK | | 082521PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2381967212 | 463.69 | CHK | | 082521PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2391819821 | 823.18 | CHK | | 082721PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2426969483 | 877.76 | CHK | | 083021PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | 2436536397 | 379.00 | CHK | | 083121PAY |
| PAY Cargo LLC | 8/31/2021 | | | Supplier/Vendor | | 114.50 | CHK | | 083121PAY |

ICS Customs Service, Inc. (ORD)
Payables Payment Analysis Report
Payments Posted From 26-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anila Zdaj 12-Nov-21 05:49 PM

6 / 20

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2464401521 | 360.50 | CHK | 2842461 | 0901PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2457154897 | 6,311.31 | CHK | 2781218 | 09021PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2461857670 | 1,904.22 | CHK | 2783564 | 09031PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2509983448 | 658.96 | CHK | 2789568 | 09071PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2561931996 | 174.00 | CHK | 2791362 | 09131PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2594646889 | 383.28 | CHK | 2793672 | 09161PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2605134862 | 6,842.50 | CHK | 2803742 | 09171PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2645848883 | 6,684.80 | CHK | 2838495 | 09211PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2663493062 | 18,924.50 | CHK | 2119732295 | 09231PAY |
| PAY Cargo LLC | 9/30/2021 | | | Supplier/Vendor | 2715324440 | 274.50 | CHK | SCH0001190 | 09281PAY |
| PAY Cargo LLC | 10/14/2021 | | | Supplier/Vendor | 2877636899 | 827.22 | CHK | B1034 | 10142PAY |
| PAY Cargo LLC | 10/15/2021 | | | Supplier/Vendor | 2882047025 | 159.50 | CHK | B1362 | 10152PAY |
| PAY CARGO LLC (PAYCARMIA) | 7/26/2021 | 00001008 | EFT | Supplier/Vendor | 2041570580 | 99.50 | USD | 2842461 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001009 | CHQ | Supplier/Vendor | 272662 | 581.02 | USD | 2781218 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001010 | EFT | Supplier/Vendor | 1836330039 | 10,239.83 | USD | 2783564 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001011 | EFT | Supplier/Vendor | 1870310833 | 427.54 | USD | 2789568 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001012 | EFT | Supplier/Vendor | 1888299485 | 14,499.80 | USD | 2791362 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001013 | EFT | Supplier/Vendor | 1895881520 | 424.36 | USD | 2793672 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001014 | EFT | Supplier/Vendor | 1930452690 | 234.35 | USD | 2803742 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001015 | EFT | Supplier/Vendor | 2032330415 | 49,281.81 | USD | 2838495 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001032 | EFT | Supplier/Vendor | 1752969232 | 5,843.60 | USD | 2119732295 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001033 | EFT | Supplier/Vendor | 1761761123 | 24,991.32 | USD | SCH0001190 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001034 | EFT | Supplier/Vendor | 1804396594 | 1,724.50 | USD | B1034 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001035 | EFT | Supplier/Vendor | 2214856879 | 20,469.54 | USD | B1362 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001036 | EFT | Supplier/Vendor | 2228357498 | 16,836.75 | USD | B0001342 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001037 | EFT | Supplier/Vendor | 2169624139 | 1,104.37 | USD | B1307 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001047 | EFT | Supplier/Vendor | 2146033311 | 23,227.00 | USD | SCH11537 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001048 | EFT | Supplier/Vendor | 2150654550 | 22,951.39 | USD | B1236 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001049 | EFT | Supplier/Vendor | 2248169187 | 18,972.37 | USD | 2119903335 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001050 | EFT | Supplier/Vendor | 2254957983 | 1,142.40 | USD | SCH1119 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001051 | EFT | Supplier/Vendor | 2284169277 | 54,203.96 | USD | B1388 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001052 | EFT | Supplier/Vendor | 2300243841 | 3,122.01 | USD | B1463 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001054 | EFT | Supplier/Vendor | 2318597313 | 9,817.62 | USD | B1438 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001055 | EFT | Supplier/Vendor | 2353056766 | 510.38 | USD | B1467 | |
| PAY CARGO LLC (PAYCARMIA) | 9/2/2021 | 00001056 | EFT | Supplier/Vendor | 2365909413 | 3,070.32 | USD | SCH2148 | |
| PAY CARGO LLC (PAYCARMIA) | 7/27/2021 | 00001059 | EFT | Supplier/Vendor | 2080632264 | 618.00 | USD | B1208 | |
| PAY CARGO LLC (PAYCARMIA) | 7/28/2021 | 00001060 | EFT | Supplier/Vendor | 2113956345 | 10,618.45 | USD | B1173 | |
| PAY CARGO LLC (PAYCARMIA) | 7/28/2021 | 00001122 | EFT | Supplier/Vendor | 2072624109 | 239.00 | USD | SCH1715 | |
| PAY CARGO LLC (PAYCARMIA) | 7/28/2021 | 00001138 | EFT | Supplier/Vendor | 2102416434 | 15,607.00 | USD | C1188 | |
| PAY CARGO LLC (PAYCARMIA) | 7/29/2021 | 00001152 | EFT | Supplier/Vendor | 2457154897 | 85,369.70 | USD | C00001349 | |
| PAY CARGO LLC (PAYCARMIA) | 8/25/2021 | 00001153 | EFT | Supplier/Vendor | 2374418138 | 2,026.64 | USD | B1525 | |
| PAY CARGO LLC (PAYCARMIA) | 8/26/2021 | 00001154 | EFT | Supplier/Vendor | 2381967212 | 42,165.60 | USD | B1540 | |
| PAY CARGO LLC (PAYCARMIA) | 8/4/2021 | 00001174 | EFT | Supplier/Vendor | 2177247215 | 40,383.66 | USD | SCH001963 | |
| PAY CARGO LLC (PAYCARMIA) | 8/5/2021 | 00001175 | EFT | Supplier/Vendor | 2180603507 | 19,579.06 | USD | SCH1869 | |
| PAY CARGO LLC (PAYCARMIA) | 8/20/2021 | 00001180 | EFT | Supplier/Vendor | 2320352575 | 16,421.25 | USD | SCH2091 | |
| PAY CARGO LLC (PAYCARMIA) | 8/30/2021 | 00001181 | EFT | Supplier/Vendor | 2420960483 | 667.37 | USD | B1559 | |
| PAY CARGO LLC (PAYCARMIA) | 8/31/2021 | 00001182 | EFT | Supplier/Vendor | 2438580697 | 35,047.68 | USD | SCH2258 | |
| PAY CARGO LLC (PAYCARMIA) | 8/17/2021 | 00001183 | EFT | Supplier/Vendor | 2230794454 | 59,032.22 | USD | SCH1145 | |
| PAY CARGO LLC (PAYCARMIA) | 7/28/2021 | 00001213 | EFT | Supplier/Vendor | 2096779781 | 12,862.51 | USD | SCH1714 | |
| PAY CARGO LLC (PAYCARMIA) | 9/1/2021 | 00001214 | EFT | Supplier/Vendor | 2464401521 | 18,156.02 | USD | B1601 | |
| PAY CARGO LLC (PAYCARMIA) | 9/8/2021 | 00001216 | EFT | Supplier/Vendor | 2517352474 | 37,874.49 | USD | SCH1658 | |
| PAY CARGO LLC (PAYCARMIA) | 9/9/2021 | 00001218 | EFT | Supplier/Vendor | 2525309664 | 40,209.24 | USD | SCH1591A | |
| PAY CARGO LLC (PAYCARMIA) | 9/13/2021 | 00001219 | EFT | Supplier/Vendor | 2561931996 | 79,836.10 | USD | SCH1306 | |

7 / 20

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anita Zotaj 12-Nov-21 05:49 PM

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Matching Details Transaction |
|---|---|---|---|---|---|---|---|---|
| PAY CARGO LLC (PAYCARMIA) | 9/17/2021 | 00001246 | EFT | Supplier/Vendor | 2605134862 | 42,075.92 | USD | B1600... |
| PAY CARGO LLC (PAYCARMIA) | 9/20/2021 | 00001247 | EFT | Supplier/Vendor | 2631619448 | 30,190.44 | USD | SCH2525 |
| PAY CARGO LLC (PAYCARMIA) | 9/3/2021 | 00001248 | EFT | Supplier/Vendor | 2461857670 | 8,453.62 | USD | SCH1164. |
| PAY CARGO LLC (PAYCARMIA) | 9/7/2021 | 00001249 | EFT | Supplier/Vendor | 2509983448 | 2,470.13 | USD | B1642. |
| PAY CARGO LLC (PAYCARMIA) | 9/10/2021 | 00001250 | EFT | Supplier/Vendor | 2537880924 | 9,951.25 | USD | C1673 |
| PAY CARGO LLC (PAYCARMIA) | 9/21/2021 | 00001251 | EFT | Supplier/Vendor | 2645848883 | 31,980.15 | USD | SCH2512 |
| PAY CARGO LLC (PAYCARMIA) | 9/16/2021 | 00001252 | EFT | Supplier/Vendor | 2594848889 | 42,746.59 | USD | SCH1377 |
| PAY CARGO LLC (PAYCARMIA) | 9/15/2021 | 00001254 | EFT | Supplier/Vendor | 2589925181 | 17,807.39 | USD | SCH1792 |
| PAY CARGO LLC (PAYCARMIA) | 9/14/2021 | 00001255 | EFT | Supplier/Vendor | 2576947279 | 25,107.08 | USD | C1488 |
| PAY CARGO LLC (PAYCARMIA) | 9/22/2021 | 00001256 | EFT | Supplier/Vendor | 2655662193 | 42,160.13 | USD | B1470 |
| PAY CARGO LLC (PAYCARMIA) | 9/24/2021 | 00001257 | EFT | Supplier/Vendor | 2673158398 | 32,485.41 | USD | C1732 |
| PAY CARGO LLC (PAYCARMIA) | 9/27/2021 | 00001258 | EFT | Supplier/Vendor | 2703635509 | 4,905.71 | USD | B1761. |
| PAY CARGO LLC (PAYCARMIA) | 9/23/2021 | 00001259 | EFT | Supplier/Vendor | 2663493062 | 7,288.70 | USD | SCH1792. |
| PAY CARGO LLC (PAYCARMIA) | 9/28/2021 | 00001262 | EFT | Supplier/Vendor | 2715324440 | 25,479.46 | USD | B1960 |
| PAY CARGO LLC (PAYCARMIA) | 9/29/2021 | 00001263 | EFT | Supplier/Vendor | 2720614013 | 20,408.01 | USD | SCH1431 |
| PAY CARGO LLC (PAYCARMIA) | 9/30/2021 | 00001264 | EFT | Supplier/Vendor | 2738339568 | 2,972.69 | USD | B2023 |
| PAY CARGO LLC (PAYCARMIA) | 9/29/2021 | 00001265 | EFT | Supplier/Vendor | 2741834343 | 54,926.59 | USD | B2057 |
| PAY CARGO LLC (PAYCARMIA) | 10/1/2021 | 00001266 | EFT | Supplier/Vendor | 2854840567 | 88,289.66 | USD | SKTHA2108034A01 |
| PAY CARGO LLC (PAYCARMIA) | 10/7/2021 | 00001267 | EFT | Supplier/Vendor | 2801616115 | 9,129.31 | USD | SCH2273 |
| PAY CARGO LLC (PAYCARMIA) | 10/8/2021 | 00001268 | EFT | Supplier/Vendor | 2814273946 | 15,259.09 | USD | B1946. |
| PAY CARGO LLC (PAYCARMIA) | 10/5/2021 | 00001269 | EFT | Supplier/Vendor | 2783052565 | 6,550.78 | USD | B1952. |
| PAY CARGO LLC (PAYCARMIA) | 10/6/2021 | 00001270 | EFT | Supplier/Vendor | 2799513202 | 74,910.40 | USD | B2166. |
| PAY CARGO LLC (PAYCARMIA) | 10/13/2021 | 00001279 | EFT | Supplier/Vendor | 2862129649 | 80,279.32 | USD | B1795. |
| PAY CARGO LLC (PAYCARMIA) | 10/14/2021 | 00001281 | EFT | Supplier/Vendor | 2877636899 | 26,409.81 | USD | B2340 |
| PAY CARGO LLC (PAYCARMIA) | 10/4/2021 | 00001281 | EFT | Supplier/Vendor | 2774192530 | 35,045.88 | USD | SCH1268 |
| PAY CARGO LLC (PAYCARMIA) | 10/20/2021 | 00001282 | EFT | Supplier/Vendor | 2939820615 | 6,476.86 | USD | B1495 |
| PAY CARGO LLC (PAYCARMIA) | 10/15/2021 | 00001283 | EFT | Supplier/Vendor | 2802047025 | 66,287.23 | USD | SCH602862 |
| PAY CARGO LLC (PAYCARMIA) | 10/18/2021 | 00001284 | EFT | Supplier/Vendor | 2917920061 | 1,930.41 | USD | B2271 |
| PAYCHEX | 7/31/2021 | | | Supplier/Vendor | 073121 | 81,838.23 | CHK | |
| PAYCHEX | 8/10/2021 | | | Supplier/Vendor | 228357509 | 274.00 | CHK | |
| PAYCHEX | 8/13/2021 | | | Supplier/Vendor | 2254057982 | 269.90 | CHK | |
| PAYCHEX (PAYCHEXWV) | 10/12/2022 | 00001169 | DDR | Supplier/Vendor | 2854840565 | 260.27 | USD | 942814 |
| PEARL LOGISTICS CO, LTD (PEALOGBKK1) | 9/8/2021 | 00001201 | DDR | Supplier/Vendor | 6322300251 | 8,242.39 | USD | DN21070033 |
| PHILADELPHIA TRUCK LINES | 9/13/2021 | 00001026 | CHQ | Supplier/Vendor | | 360.67 | CHK | 75552 |
| PINCH INTERMODAL (PININTIAH) | 8/24/2021 | | | Supplier/Vendor | 272613 | 1,824.50 | USD | 091321PHI |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 8/4/2021 | 00001161 | CHQ | Supplier/Vendor | | 149.31 | CHK | 080421PIT |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC (PITBOWPIT) | 10/12/2021 | | | Supplier/Vendor | 272689 | 149.31 | USD | 3105014480 |
| PLUME OF FEATHERS PROPERTIES | 7/28/2021 | | | Supplier/Vendor | 272321 | 10,000.00 | CHK | 072821PLU |
| PLUME OF FEATHERS PROPERTIES | 8/25/2021 | | | Supplier/Vendor | 272454 | 10,000.00 | CHK | 082521PLU |
| PLUME OF FEATHERS PROPERTIES (PLUOFFEGK) | 9/30/2021 | 00001130 | CHQ | Supplier/Vendor | 272676 | 10,000.00 | CHK | RENT- SEP2021 |
| PLUME OF FEATHERS PROPERTIES (PLUOFFEGK) | 10/13/2021 | 00001172 | CHQ | Supplier/Vendor | 272699 | 10,000.00 | CHK | OCT-RENT |
| PNW BROKERAGE INC | 8/23/2021 | | | Supplier/Vendor | 272435 | 875.00 | CHK | |
| PNW BROKERAGE INC | 9/21/2021 | | | Supplier/Vendor | 272531 | 2,465.00 | CHK | |
| PORT TO PORT, INC. (PORTOFPEVI) | 10/22/2021 | 00001260 | CHQ | Supplier/Vendor | | 1,085.00 | CHK | 409314 |
| Port X Logistics | 8/23/2021 | | | Supplier/Vendor | 272437 | 4,756.67 | CHK | 082321POR |
| Port X Logistics | 9/21/2021 | | | Supplier/Vendor | 272522 | 7,484.34 | CHK | 092121PIO |
| PREMIER INTERMODAL, INC | 7/30/2021 | | | Supplier/Vendor | 272326 | 55,810.04 | CHK | 073001PRE |
| PREMIER INTERMODAL, INC | 9/13/2021 | | | Supplier/Vendor | 272489 | 40,520.66 | CHK | 091321PRE |
| PREMIER INTERMODAL, INC | 10/13/2021 | | | Supplier/Vendor | 272542 | 6,853.96 | CHK | 101321PRE |
| PREMIER INTERMODAL, INC (PRENTMDW) | 10/13/2021 | 00001173 | CHQ | Supplier/Vendor | 272700 | 77,680.12 | USD | 74040 |
| PREMIER TIME TRUCKING (PRMTIMAVL) | 9/22/2021 | 00001116 | CHQ | Supplier/Vendor | 272664 | 489.17 | USD | 5756 |
| PRONTO FREIGHTWAYS INC | 8/30/2021 | | | Supplier/Vendor | 272461 | 4,092.35 | CHK | |
| PRONTO FREIGHTWAYS INC (PROFRETX) | 8/30/2021 | 00001031 | CHQ | Supplier/Vendor | 272618 | 6,705.92 | USD | ICS1001-485 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From: 28-Jul-21 To: 25-Oct-21
Local Currency: USD
Printed by Anita Zoraj 12-Nov-21 05:49 PM

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check No. / Reference | Total Payment Pay Cur. | Type | Matching Details / Control No |
|---|---|---|---|---|---|---|---|---|
| PRONTO FREIGHTWAYS INC (PROFRETAY) | 10/21/2021 | 00001232 | CHQ | Supplier/Vendor | 272715 | 4,067.87 USD | CHK | ICS1001-493 / ICS1001493 |
| PROSHIPPING GROUP CORP (PROCORLGB) | 8/11/2021 | 00001018 | CHQ | Supplier/Vendor | 272804 | 65.00 USD | CHK | P21068093 |
| PURCHASE POWER | 8/13/2021 | | | Supplier/Vendor | | 500.00 | CHK | 081321PIT |
| QLIK TECH INC | 8/23/2021 | | | Supplier/Vendor | 272375 | 5,360.29 | CHK | 082321QLI |
| QUALITY AIR FORWARDING | 9/15/2021 | | | Supplier/Vendor | 272438 | 375.00 | CHK | 091521QUA |
| QUIGLEY'S LAWN & SNOW, INC. | 8/4/2021 | | | Supplier/Vendor | 272349 | 97.00 | CHK | 080421QUI |
| R & M TRUCKING CO. | 8/23/2021 | | | Supplier/Vendor | 272441 | 570.11 | CHK | 082321RMT |
| R & M TRUCKING CO. | 9/21/2021 | | | Supplier/Vendor | 272523 | 1,554.16 | CHK | 09212IRMI |
| R & M TRUCKING CO. (RMTRUCFLJ) | 9/22/2021 | 00001117 | CHQ | Supplier/Vendor | 272665 | 181.20 USD | CHK | 51737229 |
| R.W. LOGISTICS SERVICES CORP (RWLOGIMDW) | 10/7/2021 | 00001200 | DDR | Supplier/Vendor | 6518600280 | 1,046.53 USD | CHK | RVM.AXO21032421 |
| R.H. TRUCKLOAD SERVICES, LLC | 8/23/2021 | | | Supplier/Vendor | 272439 | 348.19 | CHK | 08042IRLT |
| RELIANCE STANDARD | 8/4/2021 | | | Supplier/Vendor | 272356 | 578.75 | CHK | 08042IREL |
| RELIANCE STANDARD (RELSTASAL) | 9/10/2021 | 00001070 | CHQ | Supplier/Vendor | 272830 | 578.75 USD | CHK | GL155010 |
| RELIANCE STANDARD (RELSTASAL) | 10/12/2021 | 00001165 | CHQ | Supplier/Vendor | 272693 | 486.05 USD | CHK | GL155010-OCT |
| RTS FINANCIAL SERVICE | 8/23/2021 | | | Supplier/Vendor | 272440 | 2,704.00 | CHK | 08232IRTS |
| RYAN RISER | 8/3/2021 | | | Supplier/Vendor | 272335 | 80.00 | CHK | 08032IFRAY |
| RYAN RISER | 8/6/2021 | | | Supplier/Vendor | 272364 | 110.00 | CHK | 0806021RAY |
| S&I CARTAGE | 8/23/2021 | | | Supplier/Vendor | 272443 | 1,385.60 | CHK | 08232ISLC |
| S&I CARTAGE | 8/24/2021 | | | Supplier/Vendor | 272453 | 4,652.40 | CHK | 08042ISLC |
| S&I CARTAGE | 9/21/2021 | | | Supplier/Vendor | 272524 | 4,317.40 | CHK | 09212ISLA |
| SAMUEL URBANO | 9/22/2021 | | | Supplier/Vendor | 272556 | 270.00 | CHK | 10222ISAM |
| SAR TRANSPORT SYSTEMS PVT LTD. | 10/22/2021 | | | Supplier/Vendor | 6332000251 | 4,187.00 | CHK | 0908021SAR |
| SCHMUHL BROTHERS, INC (SCHBROMCH1) | 9/8/2021 | | | Supplier/Vendor | 272805 / 7018708288 | 1,793.70 USD | CHK | 146659 / N18936-SCH1521 |
| SCREAMIN EAGLE CARTAGE INC. | 8/19/2021 | | | Supplier/Vendor | 272495 | 21,950.81 | CHK | 091621SCR |
| SCREAMIN EAGLE CARTAGE INC. | 9/16/2021 | | | Supplier/Vendor | 272496 | 23,921.49 | CHK | 091621SCR |
| SCREAMIN EAGLE CARTAGE INC. | 9/16/2021 | | | Supplier/Vendor | 272497 | 5,532.63 | CHK | 091621SCC |
| SCREAMIN EAGLE CARTAGE INC. | 9/16/2021 | | | Supplier/Vendor | 272547 | 20,020.80 | CHK | 10152ISCR |
| SCREAMIN EAGLE CARTAGE INC. | 10/15/2021 | | | Supplier/Vendor | | | | |
| SCREAMIN EAGLE CARTAGE, INC. (SCREAGEOK) | 10/15/2021 | 00001179 | CHQ | Supplier/Vendor | 272704 | 6,204.48 USD | CHK | N19026-B1505 |
| SCREAMIN EAGLE CARTAGE, INC. (SCREAGEOK) | 10/22/2021 | 00001253 | CHQ | Supplier/Vendor | 272727 | 16,997.60 USD | CHK | |
| Seabridge Global Logistics | 10/15/2021 | | | Supplier/Vendor | | 1,290.83 | CHK | 10152I3EA |
| SEABRIDGE GLOBAL LOGISTICS (SEAGLOSYD) | 9/15/2021 | 00001091 | DDR | Supplier/Vendor | 9060604237 | 3,071.15 USD | USD | 00001092 |
| SEABRIDGE GLOBAL LOGISTICS (SEAGLOSYD) | 9/15/2021 | 00001092 | DDR | Supplier/Vendor | 9060604237 | -3,071.15 USD | USD | 00001091 |
| SEABRIDGE GLOBAL LOGISTICS (SEAGLOSYD) | 8/25/2021 | 00001093 | DDR | Supplier/Vendor | 9060604237 | 3,071.15 USD | USD | 00010423 |
| SECRETARY OF STATE LICENSE RENEWAL | 8/20/2021 | | | Supplier/Vendor | 272365 | 151.00 | CHK | 08202ISEC |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 7/31/2021 | | | Supplier/Vendor | 6320700200 | 245,535.34 | USD | 071921 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 7/31/2021 | | | Supplier/Vendor | 6607500168 | 248,906.75 | USD | 07072ISUP |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 7/31/2021 | | | Supplier/Vendor | 7683900210 | 244,227.44 | USD | 07212SHA |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 8/31/2021 | | | Supplier/Vendor | 4720300018 | 215,011.05 | USD | 0806021SHA |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 8/31/2021 | | | Supplier/Vendor | 5006600224 | 114,882.63 | USD | 08122ISHA |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT | 8/4/2021 | | | Supplier/Vendor | 272345 | | | 08042ISHA |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 7/30/2021 | 00001142 | DDR | Supplier/Vendor | 7683900210 | 165,113.02 USD | USD | 00001148 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 10/8/2021 | 00001147 | DDR | Supplier/Vendor | 5302100281 | -165,113.02 USD | USD | 00001147 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 10/8/2021 | 00001148 | DDR | Supplier/Vendor | 5302100281 | 173,618.86 USD | USD | SPN8210966685-1 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 10/8/2021 | 00001149 | DDR | Supplier/Vendor | 5302100281 | 27,444.47 USD | USD | SPSH2105I984-1 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 8/31/2021 | 00001150 | DDR | Supplier/Vendor | 4720300218 | 134,698.30 USD | USD | SPSH2105S204-1 |
| SHANGHAI SUPREME INTERNATIONAL FREIGHT FORWARDING CO., LTC | 8/31/2021 | 00001151 | DDR | Supplier/Vendor | 5006600224 | | USD | 08042ISHA |
| SHARP | 8/4/2021 | | | Supplier/Vendor | 272345 | 371.25 | CHK | 12857582 |
| SHARP (SHARPLE) | 9/10/2021 | 00001076 | CHQ | Supplier/Vendor | 272638 | 41.25 USD | CHK | 12N0B277 |
| SHARP (SHARPLE) | 10/22/2021 | 00001241 | CHQ | Supplier/Vendor | 272722 | 115.00 USD | CHK | |
| Shipco Transport INC | 10/5/2021 | | | Supplier/Vendor | 272639 | 25.00 | CHK | 100521SHI |
| SILVER FREIGHT LOGISTIC S.R.L. | 8/31/2021 | | | Supplier/Vendor | 660700216 | 50,919.37 | CHK | 083121 |
| SMART 3PL GROUP LLC | 8/10/2021 | | | Supplier/Vendor | 272367 | 1,650.60 | CHK | 0810215MA |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anila Zotaj 12-Nov-21 05:49 PM

| Creditor | Post Date | Pay Type | Payment No. | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Meeting Details Transaction |
|---|---|---|---|---|---|---|---|---|---|
| SMG SECURITY SYSTEMS, INC. | 8/13/2021 | | | Supplier/Vendor | 272378 | 120.00 | USD | | 081321SMG |
| SMG SECURITY SYSTEMS, INC. (SMGSECMDW) | 10/12/2021 | CHQ | 00001155 | Supplier/Vendor | 272683 | 270.06 | USD | 107983 | 082321SOU |
| SOUTHWEST FREIGHT LOGISTICS (SOUFREIAH) | 10/8/2021 | CHQ | 00001140 | Supplier/Vendor | 272681 | 540.00 | USD | B1309 | |
| SOUTHWEST FREIGHT LOGISTICS INC | 8/23/2021 | | | Supplier/Vendor | 272442 | 225.00 | USD | | 082321SOU |
| STAPLES ADVANTAGE | 8/4/2021 | | | Supplier/Vendor | 272347 | 173.64 | USD | | 080421STA |
| STAPLES BUSINESS CREDIT (STABUSMDW) | 9/10/2021 | CHQ | 00001072 | Supplier/Vendor | 272632 | 128.13 | USD | 1637433344 | |
| STAPLES BUSINESS CREDIT (STABUSMDW) | 10/12/2021 | CHQ | 00001162 | Supplier/Vendor | 272690 | 205.01 | USD | 1637957785 | |
| STOLT-NIELSEN USA INC. | 9/13/2021 | | | Supplier/Vendor | 272487 | 850.00 | USD | | 091321STO |
| SUE MEI LIANG (SUEMEIMDW) | 9/10/2021 | CHQ | 00001079 | Supplier/Vendor | | 387.98 | USD | PAYROLL | |
| SUTTON TRANSPORT | 9/16/2021 | | | Supplier/Vendor | 272638 | 6,116.56 | USD | | 091621SUT |
| SUTTON TRANSPORT (SUTTRAMKE) | 9/16/2021 | CHQ | 00001098 | Supplier/Vendor | 272646 | 7,897.01 | USD | 3186278 | |
| SUTTON TRANSPORT (SUTTRAMKE) | 9/16/2021 | CHQ | 00001099 | Supplier/Vendor | 272647 | 176.00 | USD | 3179120 | |
| SUTTON TRANSPORT (SUTTRAMKE) | 10/21/2021 | CHQ | 00001233 | Supplier/Vendor | 272716 | 8,756.78 | USD | 3322302 | |
| Tax Airfreight Inc. | 7/30/2021 | | | Supplier/Vendor | 272323 | 3,450.98 | USD | | 073021TAX |
| Tax Airfreight Inc. | 9/29/2021 | | | Supplier/Vendor | 272535 | 1,509.93 | USD | | 092921TAX |
| TAX AIRFREIGHT INC. (TAXAIRACE) | 9/29/2021 | CHQ | 00001129 | Supplier/Vendor | 272445 | 637.89 | USD | 11148493 | |
| TEDDY'S TRANSPORT | 8/23/2021 | | | Supplier/Vendor | 272526 | 375.00 | USD | | 082321TED |
| TEDDY'S TRANSPORT (TEDTRAHDS) | 9/14/2021 | CHQ | 00001088 | Supplier/Vendor | 272395 | 1,300.00 | USD | 341168 | |
| TERMINAL TRANSFER INC. | 9/21/2021 | | | Supplier/Vendor | 272530 | 818.00 | USD | | 092121TER |
| THE CUSTOM COMPANIES, INC | 8/20/2021 | | | Supplier/Vendor | 272399 | 14,270.50 | USD | | 082021CUS |
| THE CUSTOM COMPANIES, INC | 8/20/2021 | | | Supplier/Vendor | 272331 | 17,723.16 | USD | | 082021CUS |
| THE EXPEDITING CO., INC. | 8/2/2021 | | | Supplier/Vendor | 272472 | 18.00 | USD | | 080221EXP |
| THE TRANSPORTER INC. | 9/1/2021 | | | Supplier/Vendor | 272446 | 1,863.05 | USD | | 090121THE |
| THE TRANSPORTER INC. | 8/23/2021 | | | Supplier/Vendor | 272450 | 523.80 | USD | | 082321THE |
| Thrift Trucking Inc. | 8/23/2021 | | | Supplier/Vendor | 272525 | 181.74 | USD | | 082321THR |
| Thrift Trucking Inc. | 8/23/2021 | | | Supplier/Vendor | 272554 | 140.92 | USD | | 082321THR |
| Thrift Trucking Inc. | 9/21/2021 | | | Supplier/Vendor | | 249.60 | USD | | 092121THR |
| Thrift Trucking Inc. | 10/15/2021 | | | Supplier/Vendor | 272702 | 249.60 | USD | | 101521THR |
| THRIFT TRUCKING INC. (THRTRUBCJ) | 10/15/2021 | CHQ | 00001177 | Supplier/Vendor | 272351 | 1,231.00 | USD | ICS1001-153 | |
| TIME WARNER CABLE | 8/4/2021 | | | Supplier/Vendor | | 149.98 | USD | | 080421TWC |
| TIME WARNER CABLE (TIMWARJID) | 9/10/2021 | CHQ | 00001063 | Supplier/Vendor | 272623 | 290.04 | USD | 1315752608021 | |
| TIME WARNER CABLE (TIMWARJID) | 10/19/2021 | CHQ | 00001221 | Supplier/Vendor | 272710 | 148.06 | USD | 1315752100821 | |
| Todd Transit | 8/23/2021 | | | Supplier/Vendor | 272744 | 258.49 | USD | | 082321TOD |
| Total Freight Management GMBH | 10/4/2021 | | | Supplier/Vendor | 2774192527 | 637.39 | USD | | 100421TOT |
| Transatlantic North America Inc. | 8/10/2021 | | | Supplier/Vendor | 272366 | 45,286.65 | USD | | 081021TRA |
| Transatlantic North America Inc. | 10/20/2021 | CHQ | 00001227 | Supplier/Vendor | 272553 | 985.53 | USD | 00001003 | |
| TRANSATLANTIC NORTH AMERICA INC. (TRANORWDD) | 9/22/2021 | CHQ | 00001053 | Supplier/Vendor | 272713 | 37,630.76 | USD | 00001003 | |
| TRIO AIR CARGO & UNITED TRADE LOGISTICS INC (TRUAIREGK) | 8/23/2021 | | | Supplier/Vendor | 272601 | -8,185.00 | USD | | 082321TRU |
| TRX INC | 9/22/2021 | | | Supplier/Vendor | 272666 | 3,929.25 | USD | | 092221TRX |
| TRX INC (TRXCLE1) | 7/27/2021 | CHQ | 00001118 | Supplier/Vendor | 272320 | 997.50 | USD | 1135247 | 072721USC |
| U.S. CUSTOMS AND BORDER PROTECTION | 9/28/2021 | | | Supplier/Vendor | 272670 | 230.64 | USD | | 092821USC |
| UNICARGO EXPRESS INC (UNIEXPLAX) | 8/19/2021 | CHQ | 00001124 | Supplier/Vendor | 272606 | 525.50 | USD | UEI-ART21213 | |
| UNIFREIGHT LOGISTICS, INC (UNILOGEMH) | 9/7/2021 | CHQ | 00001020 | Supplier/Vendor | 272477 | 650.00 | USD | ULI-AR14429 | |
| UNION PALLETS OF JOLIET | 9/21/2021 | | | Supplier/Vendor | 272448 | 5,824.00 | USD | | 090721UNI |
| UNIVERSAL INTERMODAL SERVICES INC | 7/30/2021 | | | Supplier/Vendor | 272527 | 1,382.00 | USD | | 082321UNI |
| UNIVERSAL INTERMODAL SERVICES INC | 9/21/2021 | | | Supplier/Vendor | 092120808S | 2,088.00 | USD | | 092121UNI |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1321189070 | 132.62 | USD | | 66851489 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 092120807S | 42.50 | USD | | 66528991 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1321189070 | 3,128.33 | USD | | 668857 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 142118307Z | 2,695.93 | USD | | 331404 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 142118707T | 1,449.70 | USD | | 668598 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 142119600CO | 7,413.40 | USD | | 888998 |

**ICS Customs Service, Inc. (ORD)**
Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anita Zotaj 12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment Pay Cur. | Transaction Cur. | Matching Details |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1521195X5K | 756.97 | CHK | 254318 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1521203068 | 2.18 | CHK | 5548418 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1521210068P | 376.62 | CHK | 53329 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1621188BEH | 92.39 | CHK | 465148 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 1721202215M | 1,571.35 | CHK | 582458 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2021182OG0 | 154.61 | CHK | 667748944 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2021201OGH | 2,372.33 | CHK | 658859 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2321193OU2 | 1,748.70 | CHK | 334408 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2321210OU5 | 25.97 | CHK | 664012 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2521188O7V | 84.75 | CHK | 58558711 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2521202O7J | 195.23 | CHK | 83024 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 27211831ZX | 1,071.09 | CHK | 669959 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2721188159 | 5,198.68 | CHK | 3355017 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2721192Y278 | 27,297.93 | CHK | 99586 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2721203270 | 25,718.06 | CHK | 559948 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2721204212 | 27,302.91 | CHK | 68425844 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 2721208Z9M | 2,756.07 | CHK | 65569548 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 352118805L | 2,305.19 | CHK | 6633225 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3521190O6D | 3,562.21 | CHK | 114388 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3521201O5C | 168,655.20 | CHK | 33615 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3521209O7I | 13,081.62 | CHK | 55418212 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3521211O5K | 51,915.46 | CHK | 55489833 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 372119700G | 1,448.07 | CHK | 662125 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 372119300B | 4,215.62 | CHK | 543238 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3721195O0F | 84.04 | CHK | 37958 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3721202O0K | 8,739.39 | CHK | 865555 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 372120700L | 3,388.22 | CHK | 584248 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 382118O3UL | 591.12 | CHK | 666597 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 382118B0JF | 1,297.57 | CHK | 66442251 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821190OK2 | 1,056.56 | CHK | 668O26235 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821195OLM | 53.10 | CHK | 6605047 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821200OK9 | 1,267.90 | CHK | 05512048 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821204O16 | 1,267.90 | CHK | 55421898 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821204017 | 16,558.58 | CHK | 662895 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821209OMP | 1,267.90 | CHK | 5412O47 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3821210OK2 | 505.34 | CHK | 66598914 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 382121OUO | 1,014.32 | CHK | 5594892 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3921181R8X | 17,463.73 | CHK | 666528 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3921182R82 | 6,710.72 | CHK | 66530 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3921181S1J | 542.10 | CHK | 883577 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3921183170 | 10,533.51 | CHK | 5594822 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 3921187I5G | 9,321.28 | CHK | 542589 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412117O9LK | 4,807.98 | CHK | 88784 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O0C1 | 3,976.77 | CHK | 52040 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O9PJ | 8,577.77 | CHK | 6652187 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O9PK | 143.76 | CHK | 66019375 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O9PQ | 1,954.77 | CHK | 68589844 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O7OM2 | 1,654.40 | CHK | 66441744 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O0M9 | 2,347.08 | CHK | 224419 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412118O0TV | 443.33 | CHK | 431019 |

# ICS Customs Service, Inc, (ORD)
## Payables Payment Analysis Report

Payments Posted From 28-Jul-21 To 28-Oct-21
Local Currency: USD
Printed by Anita Zoraj 12-Nov-21 05:49 PM

11/20

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment Pay Cur. | Matching Details Transaction Cur. |
|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4121190OC4 | 1,832.68 CHK | 6622015 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4121193OO2 | 675.73 CHK | 34661 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4121193OP1 | 4.15 CHK | 33149 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412119400L | 1,021.28 CHK | 662349 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412119400N | 702.96 CHK | 33507 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412119500SY | 548.87 CHK | 450189 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412119700/1 | 27.23 CHK | 668959 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412119700/2 | 671.43 CHK | 55350 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212000TP | 1,049.28 CHK | 5812489 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212000TQ | 4.15 CHK | 5533250 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212000TR | 1,005.56 CHK | 554214 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212000T | 144.41 CHK | 54448 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212010SK | 2,412.23 CHK | 6522158 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212020U | 131.50 CHK | 66851258 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412120200JJ | 3,447.76 CHK | 458190 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212030GH | 66.45 CHK | 559498 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212040PT | 1,119.13 CHK | 55948 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212040PU | 245.18 CHK | 55425 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212070LB | 4,208.41 CHK | 854448 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212080PG | 199.31 CHK | 6648594 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212090OA | 12,334.65 CHK | 885219 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212090OB | 0.43 CHK | 66965 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 41212100OX | 625.59 CHK | 845517 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412121000Y | 47.23 CHK | 685149 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 412121100C | 245.18 CHK | 873325 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 452118305W | 948.64 CHK | 447197 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 452118680M | 155.75 CHK | 6485 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 452119405F | 199.79 CHK | 554218747 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4521211063 | 125.49 CHK | 4453228 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 452118680/4 | 20,997.86 CHK | 22491 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4521189170 | 349.61 CHK | 6655228 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 452119400/9 | 19,854.24 CHK | 669218 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4521195/10U | 17,128.32 CHK | 576558 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 462120000L | 4,077.39 CHK | 85221 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4621204OV/I | 6,744.43 CHK | 554218922 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4721900TS | 27.23 CHK | 66253592 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 4721303OU/R | 27.23 CHK | 55891 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5221203OME | 3,576.29 CHK | 66502 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5221210/J | 27.23 CHK | 7548833 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 52212110V | 5,046.33 CHK | 55428847 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5321182OG9 | 6,911.13 CHK | 55219 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 53211930I | 49.21 CHK | 55221 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 531193OIA | 31.54 CHK | 66251 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 53211890L9 | 171.94 CHK | 668521859 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 53211970LM | 729.71 CHK | 55219 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 53211970LM | 10.36 CHK | 854424333 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5321203OOD | 27.23 CHK | 675228 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5321203OOD | 54.91 CHK | 55421897 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5321208OMM | 2.18 CHK | 7541218 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5321210OGE | 217.39 CHK | 66332S1 |
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5521183OC4 | 27.23 CHK | |

**ICS Customs Service, Inc. (ORD)**
Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency USD
Printed by Anita Zorig  12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Matching Details Transaction |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/30/2021 | | | Supplier/Vendor | 5521190OEO | 114.53 | CHK | 66582 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 0121174020 | 473.95 | CHK | 012117402 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 042119506U | 1,423.92 | CHK | 854218 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 042119506W | 528.33 | CHK | 665958 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 0921162094 | 132.62 | CHK | 677878 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 1121169043 | 165.06 | CHK | 333745 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 112118806 | 2.18 | CHK | 54468 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 112120008K | 338.90 | CHK | 66859844 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 112120307G | 688.76 | CHK | 446218 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 13212020TW | 2,740.95 | CHK | 555289 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 142117309 | 49,786.72 | CHK | 88217 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 14217740CN | 1,639.17 | CHK | 66774811 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 1421175OAO | 10,888.23 | CHK | 566258 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 142118008G | 23,917.75 | CHK | 66469444 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 14211810AN | 5,358.98 | CHK | 64218933 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 152116606H | 904.64 | CHK | 688598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 152116708V | 1,608.52 | CHK | 88766189 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 152117506N | 161.76 | CHK | 37411 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 152119405F | 54.68 | CHK | 65215489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 1521202090 | 382.38 | CHK | 558859 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 16211740HV | 397.25 | CHK | 66327 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 162119400B | 190.30 | CHK | 66595856 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 1211166128 | 331.29 | CHK | 66215786 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 1721210008 | 18,460.45 | CHK | 5848957 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 2021720030 | 1,006.29 | CHK | 5841148 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 2021950HD | 286.41 | CHK | 665986 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 232157004B | 884.94 | CHK | 67884922 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 232117404B | 7,085.88 | CHK | 66841584 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 232118300P | 2,169.69 | CHK | 8855541 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 232118300LG | 2.18 | CHK | 997558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 2421211062 | 369.23 | CHK | 554158919 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 2621190040 | 30,832.09 | CHK | 559937 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 262119070Z | 18,404.82 | CHK | 54906 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272116227G | 13,934.18 | CHK | 272116227 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272116810U | 127.19 | CHK | 6855652 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272116728R | 21.22 | CHK | 677481 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272116910 | 5,745.21 | CHK | 22847 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272117611 | 2.18 | CHK | 6645553 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272117911C | 669.28 | CHK | 778547 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118010R | 6,967.31 | CHK | 8778784 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118120HR | 7,833.69 | CHK | 3399458 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118320G | 455.22 | CHK | 66458954 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118716L | 5,544.48 | CHK | 66859655 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118716M | 166.38 | CHK | 9531248 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118810D | 40,946.90 | CHK | 5542181 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272118810G | 4,479.98 | CHK | 35665 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272119023Z | 19,325.10 | CHK | 73558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272119410E | 429.09 | CHK | 44795 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272115729N | 504.05 | CHK | 665598044 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 272115720P | 186.25 | CHK | 54218779 |

**ICS Customs Service, Inc. (ORD)**
Payables Payment Analysis Report
Payments Posted From: 25-Jul-21 To: 25-Oct-21
Local Currency USD
Printed by Anila Zolaj  12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3021169QOV | 50.66 | CHK | | 688858 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3221187023 | 22.66 | CHK | | 7766558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3321172Q6K | 2,067.89 | CHK | | 55449896 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3321183Q9R | 13,946.85 | CHK | | 88629 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3321188Q78 | 8,056.37 | CHK | | 65584498 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521172Q5K | 4,493.83 | CHK | | 6988558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521174Q73 | 49,688.98 | CHK | | 6644284 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521175Q6M | 10,197.12 | CHK | | 86149447 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521176Q65 | 484.40 | CHK | | 8134 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521179Q59 | 27.23 | CHK | | 99899121 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521180Q5B | 10,129.77 | CHK | | 664518777 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521187Q59 | 87.68 | CHK | | 84558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3521190Q6F | 654.88 | CHK | | 552148444 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3721165Q0M | 47,660.10 | CHK | | 665514 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3721174Q0H | 5,388.52 | CHK | | 335527 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3721179Q0H | 7,799.17 | CHK | | 475547 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3721181Q0H | 27.32 | CHK | | 65218911 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3721188Q0A | 27.29 | CHK | | 5554894 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821162Q0MA | 2,364.05 | CHK | | 8677487 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821166Q0K9 | 877.28 | CHK | | 674489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821167Q0CM | 315.36 | CHK | | 7786648 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821168Q0LG | 1,096.58 | CHK | | 6685987 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821169Q0I | 877.28 | CHK | | 5589589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821169Q0I | 188.15 | CHK | | 6977149 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921172Q0JJ | 931.77 | CHK | | 884215877 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821174Q04 | 212.09 | CHK | | 81549 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821175Q0LY | 23,184.35 | CHK | | 5243 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821175Q0JC | 5,349.79 | CHK | | 66458477 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821179Q0JJ | 1,204.49 | CHK | | 664521833 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821180Q0J3 | 158.12 | CHK | | 33155244 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821181Q0M6 | 459.75 | CHK | | 552148911 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821182Q0L7 | 827.54 | CHK | | 6658899 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821183Q0JV | 95.83 | CHK | | 638589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821186Q0NF | 546.51 | CHK | | 8854019 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821201Q0JZ | 175.20 | CHK | | 5586898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821202Q0M8 | 46.06 | CHK | | 4491 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821206Q0J9 | 27.23 | CHK | | 665829 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3821211Q0IQ | 62.65 | CHK | | 645218747 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921162Q1CJ | 49,250.53 | CHK | | 79124844 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921165Q0JG | 80,468.21 | CHK | | 67149779 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921166119 | 503.77 | CHK | | 6825448 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921166Q1A8 | 45,425.72 | CHK | | 615449 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921166Q1BS | 5,156.41 | CHK | | 44731 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921167Q1G0 | 8,956.50 | CHK | | 58102 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921167Q1G8 | 31,741.96 | CHK | | 6421877 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921168Q1C0 | 76,031.74 | CHK | | 88514589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921169Q19F | 32,534.98 | CHK | | 64788159 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921172157 | 14,951.42 | CHK | | 671498 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921173Q15K | 35,561.16 | CHK | | 5172 |

# ICS Customs Service, Inc. (ORD)

## Payables Payment Analysis Report

Payments Posted From: 28-Jul-21 To 28-Oct-21
Local Currency: USD
Printed by Anita Zolaj 12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Matching Details Transaction |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921174108 | 51,359.39 | CHK | 6844711 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921175191 | 22,209.64 | CHK | 674822 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921176152 | 27,662.62 | CHK | 65214898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921179160 | 7,493.75 | CHK | 55421489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118016F | 78,027.80 | CHK | 335521 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921181F3 | 200,451.38 | CHK | 55147221 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118170 | 88,105.98 | CHK | 65652598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118219S | 49,200.97 | CHK | 68215890 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118315M | 30,021.62 | CHK | 554117 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118174I | 19,979.32 | CHK | 668858944 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118910EH | 3,772.04 | CHK | 820144 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118910EI | 49,081.19 | CHK | 664421877 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392118910GA | 28,905.13 | CHK | 668528 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119010AL | 54,552.27 | CHK | 385589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119010BU | 29,937.90 | CHK | 8542189 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119310C | 269,674.28 | CHK | 5548859 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119310O | 2,450.43 | CHK | 5212418 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921194176 | 7,006.34 | CHK | 6714899 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119510C3 | 14,840.17 | CHK | 664589411 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119610MC | 1,768.62 | CHK | 88554598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392119710E6 | 24,590.17 | CHK | 8995898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921200186 | 1,836.09 | CHK | 9751489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392120017L | 13,253.24 | CHK | 865899 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392120210H7 | 12,884.37 | CHK | 6645898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921203106 | 7,104.16 | CHK | 99335359 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392120410S7 | 2,626.61 | CHK | 66852598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392120710S3 | 12,203.62 | CHK | 5845489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921208175 | 7,094.41 | CHK | 94215944 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392120910GD | 22,224.34 | CHK | 6955898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 3921201EF | 26,026.86 | CHK | 65558922 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 392121110S68 | 398.81 | CHK | 55840016 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4121163017 | 289.23 | CHK | 284833 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4121163018 | 27.23 | CHK | 55315 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4121163019 | 793.69 | CHK | 6774589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116350TK | 2,397.68 | CHK | 88644 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116501TJ | 2.18 | CHK | 99471 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116501TM | 107.41 | CHK | 668689 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116900G | 380.74 | CHK | 655489 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116700VG | 1,075.18 | CHK | 66584 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116900GD | 252.48 | CHK | 449228 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412116900GH | 242.40 | CHK | 884255011 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117200G | 254.96 | CHK | 554218947 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412173009 | 5,846.91 | CHK | 885419 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117408E | 0.88 | CHK | 97224 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117408H | 4,787.32 | CHK | 34212 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117500U | 94.73 | CHK | 6431 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117500V | 11,083.05 | CHK | 5421877 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117500X | 27.23 | CHK | 64124893 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117600GB | 4.75 | CHK | 6693419 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 412117600CC | 2,127.02 | CHK | 555224 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From 26-Jul-21 To 25-Oct-21
Local Currency: USD
Printed by Anila Zorig 12-Nov-21 05:49 PM

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211790LL | 408.14 | CHK | 45223 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211810RH | 7,703.55 | CHK | 5542178 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211880MC | 3,063.49 | CHK | 5455847 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211880MD | 54.75 | CHK | 5589988 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211960Y1 | 6,645.94 | CHK | 685598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211960YE | 4,280.62 | CHK | 88549822 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41211970VG | 27.23 | CHK | 66825944 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41212040PV | 318.25 | CHK | 5546189 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 41212080PK | 3,126.76 | CHK | 66445893 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 42116805G | 1,586.96 | CHK | 889411 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4521167DAH | 1,094.77 | CHK | 681459 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4521167DAH | 161.42 | CHK | 884215944 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452117409L | 407.01 | CHK | 43517 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452117905L | 336.75 | CHK | 82031 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452118108G | 405.36 | CHK | 666505 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4521188060 | 502.99 | CHK | 665537 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452119507B | 426.61 | CHK | 5744414 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452120006T | 313.01 | CHK | 556640 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452120407O | 20,083.69 | CHK | 5455898 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 452120707J | 45.73 | CHK | 86568 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 46211620WY | 140.75 | CHK | 997634148 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462116715Y | 2,092.36 | CHK | 6889598 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 46211730SW | 210.65 | CHK | 8804759 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462118200Y | 30.15 | CHK | 445454 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 46211830WX | 37,945.65 | CHK | 33778429 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462118710H | 3,868.74 | CHK | 842549 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462118800B | 1,978.11 | CHK | 55831 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462118917V | 2,223.36 | CHK | 889259 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462119405L | 811.23 | CHK | 656259 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 46211970WM | 78.33 | CHK | 554547 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 46211970WM | 212.69 | CHK | 6592498 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462202162 | 1,199.79 | CHK | 64521866 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4622007RV | 1,710.02 | CHK | 6681249 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462120B0KH | 4,789.17 | CHK | 675419 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462120923 | 761.02 | CHK | 981548 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 462121089 | 856.68 | CHK | 6464849 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4721173SK | 35.30 | CHK | 5899498 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4721176QL | 871.96 | CHK | 6421558 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4721179QL | 44.98 | CHK | 9925858 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 4721180U9 | 413.91 | CHK | 66959811 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 472119507B | 193.48 | CHK | 55421817 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 472119700R | 54.46 | CHK | 99865811 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 52211620NQ | 271.34 | CHK | 47614 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 522116T0M7 | 262.34 | CHK | 33749 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 52211690LW | 22.23 | CHK | 6814589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 5221174OCU | 22.59 | CHK | 22834 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 52211880US | 845.49 | CHK | 558497 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 5221189OG3 | 1,349.72 | CHK | 56589 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 522119705F | 998.12 | CHK | 66597 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 52212030MM | 2,504.21 | CHK | 5546289 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report

Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency: USD
Printed by Ania Zolaj, 12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction Cur. | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 52212110J2 | 998.12 | | CHK | 6865841 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211680M1 | 240.36 | | CHK | 6541148 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211720W1 | 3,035.63 | | CHK | 55488844 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211730JO | 7,019.65 | | CHK | 66959800 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211740RY | 182.52 | | CHK | 83158 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211740S6 | 1,079.56 | | CHK | 61207 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211760IL | 38.51 | | CHK | 11541 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211800IU | 589.14 | | CHK | 85477 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53211930IF | 376.25 | | CHK | 664985 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 53012020P5 | 10.21 | | CHK | 554517 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 55211720EF | 875.89 | | CHK | 6685444 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 55211750EQ | 4,574.95 | | CHK | 6432 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 55211880E8 | 27.23 | | CHK | 545218 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 55211930D4 | 27.20 | | CHK | 66571 |
| US CUSTOMS AND BORDER PROTECTION | 7/31/2021 | | | Supplier/Vendor | 55211950E9 | 54.82 | | CHK | 66941733 |
| US CUSTOMS AND BORDER PROTECTION | 8/1/2021 | | | Supplier/Vendor | 39211941G3 | 130.99 | | CHK | 66248744 |
| US CUSTOMS AND BORDER PROTECTION | 8/11/2021 | | | Supplier/Vendor | 272369 | 14,469.94 | | CHK | 081121 |
| US CUSTOMS AND BORDER PROTECTION | 8/13/2021 | | | Supplier/Vendor | 46211750WV | 18,022.19 | | CHK | 8021 |
| US CUSTOMS AND BORDER PROTECTION | 8/16/2021 | | | Supplier/Vendor | 55301 | 18,029.93 | | CHK | 6625997 |
| US CUSTOMS AND BORDER PROTECTION | 8/23/2021 | | | Supplier/Vendor | 272419 | 1,267.93 | | CHK | 430503 |
| US CUSTOMS AND BORDER PROTECTION | 8/23/2021 | | | Supplier/Vendor | 272420 | 765.23 | | CHK | 082321 |
| US CUSTOMS AND BORDER PROTECTION | 8/23/2021 | | | Supplier/Vendor | 272421 | 418.90 | | CHK | 82321 |
| US CUSTOMS AND BORDER PROTECTION | 8/23/2021 | | | Supplier/Vendor | 272422 | 879.62 | | CHK | 082321A |
| US CUSTOMS AND BORDER PROTECTION | 8/27/2021 | | | Supplier/Vendor | 272457 | 967.91 | | CHK | 082721USC |
| US CUSTOMS AND BORDER PROTECTION | 8/27/2021 | | | Supplier/Vendor | 272458 | 20,144.81 | | CHK | 082721US |
| US CUSTOMS AND BORDER PROTECTION | 8/27/2021 | | | Supplier/Vendor | 272459 | 16,208.91 | | CHK | 082721UCB |
| US CUSTOMS AND BORDER PROTECTION | 8/27/2021 | | | Supplier/Vendor | 272460 | 967.91 | | CHK | 082721UBR |
| US CUSTOMS AND BORDER PROTECTION | 8/30/2021 | | | Supplier/Vendor | 38212300M2 | 82.78 | | CHK | 692158 |
| US CUSTOMS AND BORDER PROTECTION | 8/30/2021 | | | Supplier/Vendor | 46212234X | 774.47 | | CHK | 559458 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 112121606F | 440.83 | | CHK | 594548 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 112123706X | 205.39 | | CHK | 8897489 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 16212760FG | 697.62 | | CHK | 64568944 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 17212140TX | 2,913.68 | | CHK | 99883212 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 17213170ZO | 14,652.81 | | CHK | 851248 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 27212141R2 | 14,937.54 | | CHK | 5594389 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 27212172Z2 | 2,599.34 | | CHK | 665998884 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 27212251Y9 | 17,331.24 | | CHK | 6644283 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 272466 | 987.49 | | CHK | 083121USC |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 272467 | 246.87 | | CHK | 083121USM |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 30212210HK | 17,164.01 | | CHK | 975598 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 30212240IU | 3,922.68 | | CHK | 785498 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 33212230NH | 2,028.78 | | CHK | 554491 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 34212360A5 | 2.18 | | CHK | 554119 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 35212150S9 | 301.02 | | CHK | 554178 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 35212150SR | 5,068.81 | | CHK | 9983221 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 37212140G6 | 6,035.96 | | CHK | 5421811 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 37212210DP | 6,996.16 | | CHK | 88341198 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 38212140I5 | 84.85 | | CHK | 8855998 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 38212140I6 | 57.14 | | CHK | 4617 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 38212150K4 | 1,182.24 | | CHK | 652259 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 28-Oct-21
Local Currency: USD
Printed by Anita Zodig  12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Transaction Cur. | Matching Details |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3821215OK6 | 11,546.59 | CHK | 652089 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3821217OLO | 1,106.86 | CHK | 655259778 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3821222OJE | 1,267.90 | CHK | 6844589 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3821237ON9 | 105.55 | CHK | 668547 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3821243OKK | 27.61 | CHK | 5483 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392112O116W | 9,660.62 | CHK | 3521489 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392119O4165 | 5,755.71 | CHK | 68229 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392119O61KM | 154,192.23 | CHK | 586489 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921197O1CH | 32,495.45 | CHK | 5542138 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392120O0171 | 7,430.49 | CHK | 832219 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392120O21FL | 128,841.71 | CHK | 6658148 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921203O1BN | 91,483.03 | CHK | 6645789 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392120O44F | 9,958.11 | CHK | 55544 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392120O74O | 7,117.90 | CHK | 6523259 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921208O167 | 7,741.48 | CHK | 66442813 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921209O1EW | 15,305.37 | CHK | 545447 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921210O1CX | 74,962.39 | CHK | 55847822 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921211O6H | 57.19 | CHK | 664482922 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921211O17X | 50,793.51 | CHK | 554249 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921214O159 | 27,764.68 | CHK | 49259 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392121415F | 4,250.15 | CHK | 88473 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921215O7V | 17,339.63 | CHK | 55214189 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921215O8O | 27.23 | CHK | 661732 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921216O1FJ | 12,999.05 | CHK | 6819 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921216O3K | 1,380.52 | CHK | 2541589 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392121718Y | 1,572.14 | CHK | 5921489 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392121O71AI | 27,526.36 | CHK | 66421891 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921218O15Y | 776.33 | CHK | 972194 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921218O160 | 21,720.64 | CHK | 392121816 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921218O178 | 7,797.43 | CHK | 586549 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921221O12W | 2,549.78 | CHK | 997720 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921222O121 | 94,557.11 | CHK | 560025896 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921222O16X | 319.23 | CHK | 66855844 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921222O17J | 4,983.80 | CHK | 669346 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921222O18X | 815.03 | CHK | 64221677 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921224O1FT | 14,803.10 | CHK | 3226 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921231O1HN | 29.63 | CHK | 5584487 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921231O1HS | 11,511.60 | CHK | 6694258 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392122O3lO3 | 4,069.66 | CHK | 391223 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921225O178 | 1,815.62 | CHK | 554454 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921228O14E | 86.77 | CHK | 88739 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921230O1O2 | 29,825.70 | CHK | 5432598 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921231O145 | 4,773.82 | CHK | 66774588 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921231O160 | 190.00 | CHK | 665690 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921236O165 | 141.35 | CHK | 556586 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921237O1EK | 15,862.24 | CHK | 582193 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 392123818L | 56.64 | CHK | 558878 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921239O152 | 5,215.64 | CHK | 554124 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3921239O175 | 1,153.77 | CHK | 55458498 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 3931119O51B1 | 54,946.44 | CHK | 66441896 |

18 / 20

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report
Payments Posted From 25-Jul-21 To 25-Oct-21
Local Currency: USD
Printed by Anita Zdarsky 12-Nov-21 05:49 PM

| Creditor | Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212140LF | 532.09 | CHK | 642218771 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212150PA | 634.35 | CHK | 8855896 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212160SU | 1,589.60 | CHK | 66341 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212160SV | 47.47 | CHK | 889598 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212170TM | 28.00 | CHK | 668526947 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212180S2 | 502.65 | CHK | 68558944 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212210Q9 | 431.21 | CHK | 66774578 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212220W3 | 2,001.22 | CHK | 652159474 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 41212230V3 | 1,405.84 | CHK | 475554 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 45212250T4 | 256.16 | CHK | 688548955 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 46211190ZQ | 9,940.33 | CHK | 64125189 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 46212150UO | 717.29 | CHK | 5895418 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 46212160T2 | 2,657.07 | CHK | 8892247 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 46212160T58 | 306.84 | CHK | 558447 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 46212360XF | 3,933.66 | CHK | 5551481 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 47212170UJ | 122.15 | CHK | 998834 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 47212320U7 | 55.33 | CHK | 577689 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 52212210KO | 1,571.35 | CHK | 99771489 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 53212300TA | 1,085.20 | CHK | 658219 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 53213430LK | 869.83 | CHK | 999643 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 55212140CA | 310.65 | CHK | 65339 |
| US CUSTOMS AND BORDER PROTECTION | 8/31/2021 | | | Supplier/Vendor | 55212160FE | 36.96 | CHK | 688529 |
| US CUSTOMS AND BORDER PROTECTION | 9/2/2021 | | | Supplier/Vendor | 272473 | 8,740.15 | CHK | 090221USC |
| US CUSTOMS AND BORDER PROTECTION | 9/2/2021 | | | Supplier/Vendor | 272474 | 2,666.18 | CHK | 090221US |
| US CUSTOMS AND BORDER PROTECTION | 9/2/2021 | | | Supplier/Vendor | 272474 | 32,762.27 | CHK | 090221CBP |
| US CUSTOMS AND BORDER PROTECTION | 9/2/2021 | | | Supplier/Vendor | 272475 | 0.49 | CHK | 090221CB |
| US CUSTOMS AND BORDER PROTECTION | 9/28/2021 | | | Supplier/Vendor | 392129158 | 1,535.69 | CHK | 9641289 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 112123908X | 242.09 | CHK | 8947359 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 14212420TE | 12.00 | CHK | 333341 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 17212301910 | 257.23 | CHK | 5598489 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 20212310HG | 109.97 | CHK | 221542189 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 20212370T6 | 94.84 | CHK | 8825489 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 24212281TG | 2,599.34 | CHK | 66512589 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 27212281UA | 13,581.86 | CHK | 644147 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 27212351C | 132.59 | CHK | 093021USC |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 30212300N3 | 8,593.37 | CHK | 7747847 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 30212356HE | 16,016.53 | CHK | 754479 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 35212250S9 | 102,432.97 | CHK | 5562189 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 35212300G2 | 2,369.17 | CHK | 55447847 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 35212360S0 | 292,192.39 | CHK | 8935219 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 37212260OL | 3,070.81 | CHK | 551489363 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 37212350DE | 5,428.78 | CHK | 542489 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 37212420OL | 2,621.23 | CHK | 9978969 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 38212240NO | 27.23 | CHK | 545149 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 38212300N0 | 2.18 | CHK | 4451789 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 38212320U6 | 520.90 | CHK | 45883 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 38212370MY | 1,225.61 | CHK | 88864 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 38212430KG | 2,636.17 | CHK | 84221 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 39211913Z | 152.68 | CHK | 521049 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 39212231HR | 1,606.19 | CHK | 66445992 |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report
Payments Posted From: 26-Jul-21 To: 25-Oct-21
Local Currency: USD
Printed by Anita Zolaj  12-Nov-21 05:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Transaction | Matching Details |
|---|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392122418Y | 434.99 | CHK | | 682594 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392122441FJ | 1,034.91 | CHK | | 521458 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392122515W | 7,805.56 | CHK | | 5521498 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392122516M | 16,962.08 | CHK | | 681458 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392122813S | 35,409.09 | CHK | | 952589 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 39212301C | 12,891.38 | CHK | | 392123101C |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392123119D | 23,403.92 | CHK | | 4522189 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392123215B | 5,688.54 | CHK | | 645259 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392123515G | 2,183.64 | CHK | | 664558110 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392123615F | 4,745.71 | CHK | | 66418772 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392123710G | 30,798.58 | CHK | | 75548 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392128177 | 5,655.84 | CHK | | 66417335 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392129915R | 44,963.76 | CHK | | 66841259 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392124213G | 7,941.42 | CHK | | 5544859 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 392124315X | 656.05 | CHK | | 554427 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121230V4 | 5,522.18 | CHK | | 412122300V |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412124040A | 4,599.87 | CHK | | 66472 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121250D5 | 744.38 | CHK | | 44174222 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121250O6 | 30.16 | CHK | | 33617 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121280LE | 245.18 | CHK | | 5668293 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121290R5 | 11,033.21 | CHK | | 5589447 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121299R6 | 3.72 | CHK | | 843529 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121299RR | 638.54 | CHK | | 889974 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412123100C | 61.04 | CHK | | 54428 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412123202N | 272.67 | CHK | | 5515898 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121235N1 | 532.40 | CHK | | 77842844 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121260ML | 142.17 | CHK | | 544482 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412123680Q | 1,179.36 | CHK | | 8854728 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412123707Y | 2,213.70 | CHK | | 504211877 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121237072 | 41.36 | CHK | | 558147 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121238069 | 1,039.64 | CHK | | 661021733 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 412123900Y | 27.23 | CHK | | 55522814 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121242OL8 | 2,428.26 | CHK | | 5584785 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4121243OM | 1,146.11 | CHK | | 471887 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4141230IV1 | 2,156.07 | CHK | | 14447 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 452124306C | 410.12 | CHK | | 5510477 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4621230I6J | 143.52 | CHK | | 3371149 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4621230I7D | 2,407.25 | CHK | | 66841489 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 4721230N7N | 136.39 | CHK | | 7745816 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 5321230052 | 1,699.21 | CHK | | 83549 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 5521225O0L | 570.58 | CHK | | 48859 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 5521235OC8 | 27.23 | CHK | | 5548874 |
| US CUSTOMS AND BORDER PROTECTION | 9/30/2021 | | | Supplier/Vendor | 5521242OCC | 35.95 | CHK | | 6521475 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/4/2021 | 00001135 | DDR | Supplier/Vendor | 392115410U | 33.65 | USD | 005500130 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/18/2021 | 00001184 | DDR | Supplier/Vendor | 5521820G4 | 2,342.79 | USD | 00001185 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/18/2021 | 00001185 | DDR | Supplier/Vendor | 5521820G4 | -2,342.79 | USD | 00001184 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/18/2021 | 00001190 | DDR | Supplier/Vendor | 392118917B | 1,158.13 | USD | 05000227 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 8/27/2021 | 00001191 | DDR | Supplier/Vendor | 392118919EC | 945.36 | USD | 05000144 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/18/2021 | 00001192 | DDR | Supplier/Vendor | 2721187185S | 5,275.32 | USD | 05000169 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 8/31/2021 | 00001203 | DDR | Supplier/Vendor | 392119416A4 | 129,461.29 | USD | B1083 | |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRB6) | 10/19/2021 | 00001204 | DDR | Supplier/Vendor | 392119901A1 | 2,281.18 | USD | SCH001105 | |

# ICS Customs Service, Inc. (ORD)
## Payables Payment Analysis Report
Payments Posted From: 25-Jul-21 To: 25-Oct-21
Local Currency: USD
Printed by Anita Zdaj 12-Nov-21 09:49 PM

| Creditor | Payment Post Date | Payment No. | Pay Type | Reason for Payment | Check / Reference | Total Payment | Pay Cur. | Matching Details Transaction |
|---|---|---|---|---|---|---|---|---|
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001205 | DDR | Supplier/Vendor | 3921901A1 | 913.92 | USD | B1189 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001206 | DDR | Supplier/Vendor | 3921901A5 | 15.68 | USD | 05000276 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001207 | DDR | Supplier/Vendor | 1621930AS | 205.26 | USD | 0500038-3 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001208 | DDR | Supplier/Vendor | 3921194171 | 21,702.86 | USD | 0500046-8 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001209 | DDR | Supplier/Vendor | 3921194171 | 48.18 | USD | SCH001070 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 10/19/2021 | 00001210 | DDR | Supplier/Vendor | 3921961KK | 514.23 | USD | B1190 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/31/2021 | 00001211 | DDR | Supplier/Vendor | 1421960CN | 4,619.89 | USD | 05000482 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/31/2021 | 00001212 | DDR | Supplier/Vendor | 53211950JF | 117.72 | USD | 05000417 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/31/2021 | 00001222 | DDR | Supplier/Vendor | 55212040DL | 282.88 | USD | 0500097-9 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/31/2021 | 00001223 | DDR | Supplier/Vendor | 46211961AV | 3,599.62 | USD | 0500066-4 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 7/30/2021 | 00001226 | DDR | Supplier/Vendor | 1321211D4T | 366.46 | USD | 0500067-2, |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/27/2021 | 00001228 | DDR | Supplier/Vendor | 3921217195 | 888.36 | USD | B1091 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 8/27/2021 | 00001229 | DDR | Supplier/Vendor | 3921217195 | 199.34 | USD | 05002843 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 9/17/2021 | 00001230 | DDR | Supplier/Vendor | 39211131HU | 528.33 | USD | 0500879-0 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 9/10/2021 | 00001235 | DDR | Supplier/Vendor | 39212231HT | 1,823.76 | USD | 0500114-2 |
| US CUSTOMS AND BORDER PROTECTION (USCUSTRSE) | 9/24/2021 | 00001236 | CCD | Supplier/Vendor | 39212231IT | 399.96 | USD | 05003932 |
| US STAFFING | 8/4/2021 | | | Supplier/Vendor | 272340 | 1,148.08 | USD | 080421UST |
| US STAFFING | 9/10/2021 | | | Supplier/Vendor | 272480 | 584.20 | USD | 091021UST |
| US STAFFING | 10/19/2021 | | | Supplier/Vendor | 272552 | 1,603.19 | USD | 101921UST |
| Vanguard Logistics Services (USA), Inc | 8/20/2021 | | | Supplier/Vendor | 272392 | 5,141.79 | USD | 082021BRE |
| Vanguard Logistics Services (USA), Inc | 9/21/2021 | | | Supplier/Vendor | 272503 | 7,914.65 | USD | 092121BRE |
| VANGUARD LOGISTICS SERVICES(USA), INC | 8/23/2021 | | | Supplier/Vendor | 272433 | 2,465.23 | USD | 08232INAC |
| VANGUARD LOGISTICS SERVICES(USA), INC | 9/21/2021 | | | Supplier/Vendor | 272519 | 1,616.19 | USD | 092121VAN |
| VICTOR TRANSPORT, INC. | 8/23/2021 | | | Supplier/Vendor | 272449 | 177.90 | USD | 08232IVIC |
| VICTOR TRANSPORT, INC. | 9/22/2021 | | | Supplier/Vendor | 272532 | 173.75 | USD | 09222IVIC |
| VICTOR TRANSPORT, INC. (VICTRANCO) | 9/22/2021 | 00001119 | CHQ | Supplier/Vendor | 272867 | 380.72 | USD | 35445 |
| Vinos Gattuso | 8/30/2021 | | | Supplier/Vendor | 272464 | 60.00 | USD | 083021VIC |
| VIRGINIA INTERNATIONAL TERMINALS INC (VIRINTNFF) | 9/1/2021 | 00001040 | EFT | Supplier/Vendor | 3817300202 | 364.00 | USD | B1040 |
| WANDA INTERNATIONAL LOGISTICS CO LTD | 7/30/2021 | | | Supplier/Vendor | 5618400211 | 22,350.00 | USD | 073021WAN |
| WANDA INTERNATIONAL LOGISTICS CO LTD (WANINTTPE) | 10/13/2021 | 00001194 | DDR | Supplier/Vendor | 6792300286 | 49,550.00 | USD | W2102571 |
| WERTHEIMER BOX | 10/22/2021 | | | Supplier/Vendor | 272558 | 152.00 | USD | 10221WER |
| WEST COAST PACKER AND PORT SERVICES, LLC | 8/20/2021 | | | Supplier/Vendor | 272406 | 11,618.78 | USD | 08201WES |
| WESTERN OVERSEAS CORPORATION | 8/4/2021 | | | Supplier/Vendor | 272337 | 185.00 | USD | 000437210 |
| WESTERN OVERSEAS CORPORATION (WESOVELAX) | 8/20/2021 | 00001021 | CHQ | Supplier/Vendor | 272607 | 185.00 | USD | 690076904 |
| WESTERN OVERSEAS CORPORATION (WESOVELAX) | 8/26/2021 | 00001029 | CHQ | Supplier/Vendor | 272616 | 185.00 | USD | 690076873 |
| WESTERN OVERSEAS CORPORATION (WESOVELAX) | 9/21/2021 | 00001105 | CHQ | Supplier/Vendor | 272652 | 185.00 | USD | 690077885 |
| WESTERN OVERSEAS CORPORATION (WESOVELAX) | 10/1/2021 | 00001133 | CHQ | Supplier/Vendor | 272679 | 185.00 | USD | 690078138 |
| WESTERN OVERSEAS CORPORATION (WESOVELAX) | 10/22/2021 | 00001234 | CHQ | Supplier/Vendor | 272717 | 185.00 | USD | 690078928 |
| YANG MING (AMERICA) CORPORATION | 9/21/2021 | | | Supplier/Vendor | 272528 | 850.00 | USD | 092121YA |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **I.C.S. Customs Service Inc.**

Debtor(s)

Case No.   **21-12153**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.   $  **1,738.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 15, 2021**

*Date*

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
*Signature of Attorney*
**Crane, Simon, Clar & Goodman**
**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777   Fax: 312-641-7114**
**sclar@cranesimon.com**
*Name of law firm*

LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

ARTHUR G. SIMON
SCOTT R. CLAR
KAREN R. GOODMAN

JACOB D. COMROV

EUGENE CRANE, OF COUNSEL
JOHN H. REDFIELD, OF COUNSEL

135 S. LA SALLE STREET
SUITE 3950
CHICAGO, ILLINOIS 60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANESIMON.COM

GLENN R. HEYMAN (RETIRED)

September 29, 2021

**VIA EMAIL** – billsharpe@sbcglobal.net

William Sharpe
ICS Custom Service Inc.
1099 Morse Ave.
Elk Grove Village, IL 60007

Re:    ICS Custom Service Inc. ("ICS") Chapter 11 Case

Dear Bill:

This letter is intended to confirm the agreement reached with ICS concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") in connection with the representation of ICS for the filing of a Chapter 11 bankruptcy case.

ICS has agreed to cause CSCG to receive the sum of $50,000.00 as an advance payment retainer for this engagement (the "Initial Retainer"). In consideration of the payment of the Initial Retainer, CSCG agrees to provide legal services on behalf of ICS in connection with the matters upon which CSCG has been retained.

The Initial Retainer will not be held in the client trust account of CSCG and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. The Initial Retainer is the property of CSCG and ICS retains no legal or equitable interest in the Initial Retainer. In the event that the costs of the legal services and expenses incurred exceed the Initial Retainer, it is understood that CSCG shall be entitled to additional monies to account for the difference. In the event that the Initial Retainer exceeds the cost of the legal services and expenses incurred, ICS will be entitled to a refund.

It is understood that due to the nature of the representation and the substantial risk to CSCG that CSCG may receive no further fees, CSCG is unwilling to represent ICS without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCG was the choice of ICS, after consideration of other retainer options. ICS acknowledges that the specific purpose of such advance payment retainer is to assure ICS of legal representation at least until such time as the Initial Retainer is

LAW OFFICES
**CRANE, SIMON, CLAR & GOODMAN**

William Sharpe
September 29, 2021
Page 2

exhausted, and that the advantage to ICS of such a retainer is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking any court and/or creditor approval with respect to same. CSCG will commence its representation of ICS upon payment of this advance payment retainer.

For your information, the current hourly rates for CSCG are as follows:

| | |
|---|---|
| Arthur G. Simon.............................. | $520 |
| Scott R. Clar................................... | $520 |
| Karen R. Goodman......................... | $520 |
| Jacob D. Comrov........................... | $300 |
| John H. Redfield........................... | $400 |

The above hourly rates are subject to change on January 1 of each year. ICS will be charged the hourly rates in existence at the time of billing by CSCG.

Please sign and return this letter to me by return email as soon as possible evidencing ICS's acceptance of the terms of the engagement of CSCG. Thank you for the opportunity to be of service to ICS. We look forward to a successful relationship. If you have any questions concerning our representation, please do not hesitate to contact me.

Our wire transfer instructions are provided in the email that accompanies this letter.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN

By:    /s/Scott R. Clar

SRC/mjo

LAW OFFICES
**CRANE, SIMON, CLAR & GOODMAN**

William Sharpe
September 29, 2021
Page 3

**AGREED, ACCEPTED AND UNDERSTOOD:**

ICS Custom Service Inc.

By: _____
William Sharpe
President

11/15/21 8:49PM

# United States Bankruptcy Court
## Northern District of Illinois

In re  I.C.S. Customs Service Inc.
_____
Debtor(s)

Case No.   21-12153
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Bill Sharpe<br>2559 Walters Ave.<br>Northbrook, IL 60062 | Common | 80% | |
| David Sharpe<br>936 Kirk Hill Lane<br>Lake Forest, IL 60045 | Common | 15% | |
| John Kuppins<br>7633 W. Gregory<br>Chicago, IL 60656 | Common | 5% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November 16, 2021
_____

Signature   _____
William Sharpe

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.